1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   Email: don@dklawoffice.com
2  Jessica L. Danielski [SBN: 308940]
   Email: jessica@dklawoffice.com
3  LAW OFFICES OF DONALD KILMER, APC
   1645 Willow Street, Suite 150
4  San Jose, California 95125
   Voice:  (408) 264-8489
5  Fax:    (408) 264-8487

6  Jason Davis [SBN: 224250]
   Email: jason@calgunlawyers.com
7  THE DAVIS LAW FIRM
   42690 Rio Nedo, Suite F
8  Temecula, California 92590
   Voice: (949) 436-4867
9  Fax:    (888) 624-4867

10 Attorneys for Plaintiffs
   JANE ROE #1, *et al.*
11

12              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
13

14
   Jane Roe #1, Jane Roe #2, John Doe        Case No.:
15 #1, John Doe #2, John Doe #3, John
   Doe #4, John Doe #5, John Doe #6,         **NOTICE OF RELATED CASE**
16 Second Amendment Foundation, Inc.,
                                             [Local Rule 123 (Fed. R. Civ. P. 83)]
17
                     Plaintiff(s),          SECOND AMENDMENT (Keep and Bear
18                                           Arms);
                                             FIFTH AMENDMENT (Due Process and
19      vs.                                  Equal Protection);
                                             FOURTEENTH AMENDMENT (Due
20                                           Process and Equal Protection);
   United States of America, United         18 U.S.C. § 925A;
21 States Department of Justice, Federal     28 U.S.C. § 2412;
   Bureau of Investigation, Bureau of        42 U.S.C. §§ 1983, 1988
22 Alcohol, Tobacco, Firearms and
   Explosives, William P. Barr (U.S.
23 Attorney General), Christopher Wray
   (Director, FBI), Thomas E. Brandon
24 (Deputy Director, BATFE), Xavier
   Becerra (California Attorney General),
25 and Does 1 to 100.
26
27
28                   Defendant(s).

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

**Statement of Law**

An action is related to another action within the meaning of Local Rule 123 (Fed. R. Civ. P. 83) when:

(1) both actions involve the same parties and are based on the same or a similar claim;

(2) both actions involve the same property, transaction, or event;

(3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

**Statement of Facts in Support of Related Case Finding**

This case involves similar questions of fact and law to *Silvester v. Harris*, 41 F. Supp. 3d 927 (E.D. Cal., 2014), and *Silvester v. Harris*, 843 F.3d 816 (9th Cir. 2016).  E.g., Standards of review for Second Amendment rights and appropriate constitutional tests for adjudicating Second Amendment claims.

Additionally, the prior case required the presiding trial judge to review evidence on the unique aspects of California's comprehensive background check system. Assignment of this matter to the same Judge would prevent duplication of labor and conservation of judicial resources.

The U.S. District Court Judge who presided over *Silvester v. Harris*, 41 F. Supp. 3d 927 (E.D. Cal., 2014) was the Honorable Anthony W. Ishii (AWI). The docket number for that case was: 1:11-cv-02137-AWI.

February 26, 2019,

Respectfully Submitted by:

/s/ *Donald Kilmer*

Attorney for Plaintiffs