Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:    (408) 264-8487

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
42690 Rio Nedo, Suite F
Temecula, California 92590
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, *et al.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Roe #1, Jane Roe #2, John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6, Second Amendment Foundation, Inc.,<br><br>Plaintiff(s),<br><br>vs.<br><br>United States of America, United States Department of Justice, Federal Bureau of Investigation, Bureau of Alcohol, Tobacco, Firearms and Explosives, William P. Barr (U.S. Attorney General), Christopher Wray (Director, FBI), Thomas E. Brandon (Deputy Director, BATFE), Xavier Becerra (California Attorney General), and Does 1 to 100.<br><br>Defendant(s). | Case No.: 1:19-cv-00270-DAD-BAM<br><br>**JOINT MOTION and ORDER TO RE-CALENDAR SCHEDULING CONFERENCE**<br><br>Current Scheduling Conference is set for June 4, 2019 at 8:30 a.m., in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. |

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Joint Motion: Case Management        -1-        *Jane Roe #1, et al., v. United States, et al.*

# **STIPULATION**

1. The matter is currently set for a scheduling conference on June 4, 2019 at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.
2. Defendant Xavier Becerra (California Attorney General) has appeared and filed an answer (DktEntry 08).
3. Plaintiffs counsel and counsel for Defendant Becerra have met and conferred on this matter and believe that continued informal discussions will assist those parties in narrowing the necessary discovery and potential pre-trial motions.
4. Plaintiffs' counsel represents that all federal defendants have been served via Certified Mail and that he is in possession of Domestic Return Receipts (PS From 3811) for the following:
    A. U.S. Government.
    B. U.S. Department of Justice.
    C. Federal Bureau of Investigation.
    D. Bureau of Alcohol, Tobacco, Firearms & Explosives.
    E. William Bar, United States Attorney General.
    F. Christopher Wray, Director FBI.
    G. Thomas Branton, of the Bureau of Alcohol, Tobacco, Firearms & Explosives.
    H. United States Attorney for the Eastern District of California.
5. Plaintiffs counsel further represents, that as of the date of this stipulation, no federal defendant has contacted his office regarding extensions of time to file an answer or other responsive pleading. Plaintiffs counsel has reached out to an Assistant Director of Litigation in the U.S. Department of Justice named John Tyler (john.tyler@usdoj.gov) to request assistance. As of the date of this stipulation, no response was forthcoming.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

6. For the forgoing reasons, Plaintiffs and Defendant Becerra are jointly requesting a reschedule of the scheduling conference to give the federal defendants additional time to appear, or permit Plaintiffs the opportunity to pursue a default against the federal defendants.

7. That joint request is to resent the scheduling conference for late July or early August at the Court's convenience.

**SO STIPULATED**.

Date: May 16, 2019

*/s/ Donald Kilmer*

Attorney for the Plaintiffs

Date: May 16, 2019

*/s/ Nelson Richards*

Attorney for Defendant Becerra
(Approved May 16, 2019 | L.R. 131(e))

## ORDER

Good cause shown, the Scheduling Conference set for June 4, 2019 at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe, is continued to August 1, 2019, at 9:30 AM.

The court's minute order of February 28, 2019, containing instructions for the parties to appear telephonically remains in effect.

IT IS SO ORDERED.

Dated: **May 17, 2019**            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487