Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
3455 Jarvis Avenue
San Jose, California 95118
Voice:  (408) 264-8489

Jason Davis [SBN: 123456]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-002270-DAD-BAM <br><br> PLAINTIFFS' SCHEDULING CONFERENCE REPORT <br> Date:   October 7, 2019 <br> Time:   9:00 a.m. <br> Before: Magistrate Judge <br>            Barbara A. McAuliffe <br><br> Plaintiffs intend to appear telephonically through counsel. |

Donald Kilmer
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

1

Joint Scheduling Conf Stmt. Supplemental                         Jane Roe #1, et al., v. United States, et al.

AND EXPLOSIVES; WILLIAM P. )
BARR (U.S. Attorney General), )
CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); XAVIER )
BECERRA (California Attorney )
General), )
)
         Defendants. )
)

## Supplemental Joint Status Conference Statement

Pursuant to this Court's minute order (Document 15) dated August 1, 2019, the Plaintiffs provide the following supplemental report to their Joint Scheduling Conference Report (Document 14):

1. Plaintiffs have filed, or are concurrently filing, an Unopposed Motion to allow the Plaintiffs in this matter to proceed under pseudonyms. The Plaintiffs believe the motion can be resolved without oral argument but stand ready and willing to provide supplemental briefing on any points the Court wishes to have addressed. Otherwise, the motion is submitted on the filing by the Plaintiffs.

2. The parties have filed or are concurrently filing a stipulation for a protective order.

3. Amendment of the complaint has been on hold pending the entry of the protective order so that both defendants can confirm whether John Doe #6 is still prohibited or remains eligible to exercise his rights. The addition of a 10th Amendment cause of action is being held in abeyance to prevent multiple amendments to the pleadings.

2

Joint Scheduling Conf Stmt. Supplemental      *Jane Roe #1, et al., v. United States, et al.*

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

Respectfully Submitted,

Date: October 1, 2019

*/s/ Donald Kilmer*

Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

3

Joint Scheduling Conf Stmt. Supplemental                    *Jane Roe #1, et al., v. United States, et al.*