Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
3455 Jarvis Avenue
San Jose, California 95118
Voice:  (408) 264-8489

Jason Davis [SBN: 123456]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-002270-DAD-BAM <br><br> PLAINTIFFS' SCHEDULING CONFERENCE REPORT <br> Date:    November 20, 2019 <br> Time:    9:00 a.m. <br> Before:  Magistrate Judge <br>          Barbara A. McAuliffe <br><br> Plaintiffs intend to appear telephonically through counsel. |

Donald Kilmer
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

1

Plaintiffs Status Conf Stmt. Supplemental        Jane Roe #1, et al., v. United States, et al.

AND EXPLOSIVES; WILLIAM P. )
BARR (U.S. Attorney General), )
CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); XAVIER )
BECERRA (California Attorney )
General), )
)
        Defendants. )
)

## Supplemental Status Conference Statement

    Pursuant to this Court's minute order (Document 20) dated October 3, 2019, the Status Conference was continued from October 7, 2019 to November 20, 2019. Plaintiffs hereby provide the following supplemental report :

1. Plaintiffs Unopposed Motion to allow the Plaintiffs in this matter to proceed under pseudonym has been filed. Pursuant to a minute order filed on October 15, 2019, District Judge Dale A. Drozd found the matter suitable for decision without hearing. The motion is under submission. (Document 22)

2. The stipulation for a protective order was filed and the Court entered the Order on October 4, 2019. (Document 21)

3. Plaintiffs served Initial Disclosures pursuant to Fed. R. Civ. P. 26 on or about October 15, 2019. Because the information is confidential and a rather large digital file, the documents served with the Initial Disclosures were encrypted and sent by U.S. Mail. Neither set of Defendants have filed objections as to Plaintiffs' Initial Disclosures.

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

2

Plaintiffs Status Conf Stmt. Supplemental      *Jane Roe #1, et al., v. United States, et al.*

4. Amendment of the complaint is still on hold while both defendants confirm whether John Doe #6 is still prohibited or remains eligible to exercise his rights. Plaintiffs have reached an agreement the California Defendants to dismiss Jane Roe #2 as she is no longer prohibited. Plaintiffs are still waiting to hear from the U.S. Defendants regarding Jane Roe #2. The addition of a 10th Amendment cause of action is being held in abeyance to prevent multiple amendments to the pleadings. The California Defendants have confirmed that they will not raise their own 10th Amendment issues in this matter.

5. Plaintiffs are of the opinion that this case will not require extensive or time-consuming discovery of the Plaintiffs' mental health status. (Based in part on the disclosures that were provided to the Defendants.) The primary fact-discovery in this matter will be the determination of whether federal policies or state policies are the cause of denial, and whether those policies are procedural or substantive; and then whether those polices are constitutional.

6. Plaintiffs are of the opinion that some form of Early Neutral Evaluation would assist the parties in directing that discovery in a cost-effective manner and/or framing the issues for cross-motions for summary judgment once the pleadings are in order.

Respectfully Submitted,

Date: November 12, 2019

/s/ Donald Kilmer

Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

3

Plaintiffs Status Conf Stmt. Supplemental        Jane Roe #1, et al., v. United States, et al.