Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax: (408) 264-8487

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
42690 Rio Nedo, Suite F
Temecula, California 92590
Voice: (949) 436-4867
Fax: (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, *et al.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Roe #1, Jane Roe #2, John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6, Second Amendment Foundation, Inc., <br><br> Plaintiff(s), <br><br> vs. <br><br> United States of America, United States Department of Justice, Federal Bureau of Investigation, Bureau of Alcohol, Tobacco, Firearms and Explosives, William P. Barr (U.S. Attorney General), Christopher Wray (Director, FBI), Thomas E. Brandon (Deputy Director, BATFE), Xavier Becerra (California Attorney General), and Does 1 to 100. <br><br> Defendant(s). | Case No.: <br><br> **JOINT MOTION and PROPOSED ORDER TO RE-CALENDAR SCHEDULING CONFERENCE** <br><br> Current Scheduling Conference is set for January 22, 2020 at 9:30 a.m., in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. |

# STIPULATION

1. The matter is currently set for a scheduling conference on January 22, 2020 at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

2. Plaintiffs' Counsel has recently moved his office and residence to a neighboring state and is still unpacking and organizing his office. As a result, Plaintiffs' counsel has been unable to prepare a contemplated amended complaint.  The parties have informally agreed to the dismissal of Plaintiff Jane Roe #2. Plaintiffs' counsel has been diligent in this matter and has served Initial Disclosures and received the Initial Disclosures from the California Department of Justice Defendants.  Plaintiffs' counsel is also drafting a proposed stipulation for review by the defendants of some procedural orders the Court had suggested at the last status conference.

3. The California Defendants have served initial disclosures.

4. The U.S. Defendants have provided an update that their initial disclosures are forthcoming.

5. The parties hereby make a joint request that the current set status conference be reset to the soonest date convenient with court after February 24, 2020.

**SO STIPULATED**.

Date: January 16, 2020

*/s/ Donald Kilmer*

Attorney for the Plaintiffs

Date: January 16, 2020

*/s/ Nelson Richards*

Attorney for Defendant Becerra
(Approved January 16, 2020| L.R. 131(e))

Date:  January 16, 2020

*/s/ James Bickford*

Attorney for U.S. Defendants
(Approved January 16, 2020| L.R. 131(e))

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Joint Motion: Case Management         -2-         Jane Roe #1, et al., v. United States, et al.

## **ORDER**

Good cause shown, the Scheduling Conference set for January 22, 2020 at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe, is continued to (date) _____, (time) _____, (courtroom) _____.

The court's minute order of January 8, 2020, containing instructions for the parties to appear telephonically remains in effect.

Date:

_____

United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Joint Motion: Case Management            -3-            *Jane Roe #1, et al., v. United States, et al.*