Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
3455 Jarvis Avenue
San Jose, California 95118
Voice: (408) 264-8489

Jason Davis [SBN: 123456]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California 92691
Voice: (949) 436-4867
Fax: (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-002270-DAD-BAM <br><br> **JOINT MOTION and ORDER TO RE-CALENDAR STATUS CONFERENCE** <br><br> Current Status Conference is set for January 22, 2020 at 9:30 a.m., in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. |

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

| | |
|---|---|
| 1 | AND EXPLOSIVES; WILLIAM P. ) |
| 2 | BARR (U.S. Attorney General), ) |
| | CHRISTOPHER A. WRAY (Director, ) |
| 3 | Federal Bureau of Investigation); ) |
| 4 | REGINA LOMBARDO (Acting Deputy ) |
| | Director, Bureau of Alcohol, Tobacco, ) |
| 5 | Firearms and Explosives); XAVIER ) |
| 6 | BECERRA (California Attorney ) |
| 7 | General), ) |
| | ) |
| 8 | Defendants. ) |
| 9 | _____ ) |

## STIPULATION

1. The matter is currently set for a scheduling conference on January 22, 2020 at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

2. Plaintiffs' Counsel has recently moved his office and residence to a neighboring state and is still unpacking and organizing his office. As a result, Plaintiffs' counsel has been unable to prepare a contemplated amended complaint. The parties have informally agreed to the dismissal of Plaintiff Jane Roe #2. Plaintiffs' counsel has been diligent in this matter and has served Initial Disclosures and received the Initial Disclosures from the California Department of Justice Defendants. Plaintiffs' counsel is also drafting a proposed stipulation for review by

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com
2

Joint Motion: Case ManagementJane Roe #1, et al., v. United States, et al.

Donald Kilmer
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

the defendants of some procedural orders the Court had suggested at the last status conference.

3. The California Defendants have served initial disclosures.

4. The U.S. Defendants have provided an update that their initial disclosures are forthcoming.

5. The parties hereby make a joint request that the current set status conference be reset to the soonest date convenient with court after February 24, 2020.

**SO STIPULATED**.

Date: January 16, 2020

*/s/ Donald Kilmer*
Attorney for the Plaintiffs

Date: January 16, 2020

*/s/ Nelson Richards*
Attorney for Defendant Becerra
(Approved Jan. 16, 2020| L.R. 131(e))

Date: January 16, 2020

*/s/ James Bickford*
Attorney for U.S. Defendants
(Approved Jan. 16, 2020| L.R. 131(e))

/ / / /

/ / / /

/ / / /

3

Joint Motion: Case Management                    Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

ORDER

Pursuant to the parties' stipulation, and cause appearing, the Status Conference currently set for January 22, 2020, is HEREBY CONTINUED to **February 25, 2020, at 9:00 AM in Courtroom 8 (BAM)** before the undersigned. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated: **January 21, 2020**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

Joint Motion: Case Management                    *Jane Roe #1, et al., v. United States, et al.*