XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
NELSON R. RICHARDS, State Bar No. 246996
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7867
  Fax:  (916) 324-8835
  E-mail:  Nelson.Richards@doj.ca.gov
*Attorneys for Defendant Attorney General of
California, Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE ROE #1, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, ET AL.,**<br><br>Defendants. | 1:19-cv-00270-DAD-BAM<br><br>**DEFENDANT CALIFORNIA ATTORNEY GENERAL'S STATEMENT OF NONOPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND OPERATIVE COMPLAINT (ECF NO.  33)**<br><br>Judge:        Hon. Dale A. Drozd<br>Action Filed:  Feb. 25, 2019 |

1    Defendant Xavier Becerra, in his official capacity as the Attorney General of California,

2    submits this statement in accordance with Local Rules 230(c) to inform the Court that he does not

3    oppose Plaintiffs' Motion for Leave to Amend Operative Complaint, ECF No. 33.  The California

4    Attorney General reserves his right to challenge the new pleading, and all of its asserted claims,

5    by dispositive motion under Federal Rules of Civil Procedure 12(b), 12(c), and 56, or any other

6    operative rule.  *Cf., e.g.*, *SAES Getters S.p.A. v. Aeronex, Inc.*, 219 F. Supp. 2d 1081, 1086 (S.D.

7    Cal. 2002) ("While courts will determine the legal sufficiency of a proposed amendment using the

8    same standard as applied on a Rule 12(b)(6) motion . . . , such issues are often more appropriately

9    raised in a motion to dismiss rather than in an opposition to a motion for leave to amend.").

10

11   Dated:  March 25, 2020                              Respectfully Submitted,

12                                                        XAVIER BECERRA
                                                         Attorney General of California
13                                                        TAMAR PACHTER
                                                         Supervising Deputy Attorney General
14

15

16                                                        */s/ Nelson Richards*
                                                         NELSON R. RICHARDS
17                                                        Deputy Attorney General
                                                         *Attorneys for Defendant Attorney General of*
18                                                        *California, Xavier Becerra*

19

20

21

22

23

24

25

26

27

28

1

# CERTIFICATE OF SERVICE

Case Name:   **Jane Roe #1, et al. v. United**          No.     **1:19-cv-00270**
                      **States of America, et al.**

I hereby certify that on <u>March 25, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT CALIFORNIA ATTORNEY GENERAL'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND OPERATIVE COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 25, 2020</u>, at Sacramento, California.


|  Tracie L. Campbell  |  */s/ Tracie Campbell* |
| :---: | :---: |
| Declarant | Signature |

SA2019101161
14553471.docx