XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
NELSON R. RICHARDS, State Bar No. 246996
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7867
 Fax: (916) 324-8835
 E-mail: Nelson.Richards@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, in his official capacity as the California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE ROE #1, et al,**<br><br>                                      Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al,**<br><br>                                      Defendants. | 1:19-cv-00270<br><br>**DEFENDANT CALIFORNIA ATTORNEY GENERAL'S JOINDER IN FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' TENTH AMENDMENT CLAIM (ECF NO. 37)**<br><br>Date:         May 19, 2020<br>Time:         9:30 a.m.<br>Dept:         5<br>Judge:        Hon. Dale A. Drozd<br>Action Filed: Feb. 27, 2019 |

Defendant Xavier Becerra, in his official capacity as the California Attorney General, hereby joins in the Federal Defendants' Motion to Dismiss Plaintiffs' Tenth Amendment Claim, ECF No. 37. The California Attorney General agrees with the arguments made by the Federal Defendants with regard to the Tenth Amendment Claim asserted in the First Amended Complaint (FAC), ECF No. 36. In addition to those arguments, the California Attorney General makes three additional points for the Court's awareness:

*First*, Plaintiffs' Motion for Leave to Amend Operative Complaint, ECF No. 33, avers that "California has approved all Plaintiffs to purchase firearms under state law (i.e., Plaintiffs have had their rights restored under state law)." *Id.* ¶ 9(c). It is thus not clear why Plaintiffs believe that any state law is preventing them from purchasing a firearm, or how the Plaintiffs have asserted justiciable challenges to state laws that Plaintiffs themselves acknowledge are not stopping them from purchasing firearms. Despite the numerous legal theories alleged, this case appears to be a constitutional challenge to 18 U.S.C. 922(g)(4). *See* FAC ¶¶ 45-65. The California Attorney General will adhere to any binding precedent interpreting or evaluating that law, and is thus not a necessary party in this case.

*Second*, Plaintiffs somewhat confusingly assert their Tenth Amendment Claim against the California Attorney General. *See* FAC ¶¶ 63-65. The California Attorney General is not aware of any authority holding that a party can assert a legally cognizable Tenth Amendment claim against a state or state officials. Even if the FAC had alleged a viable Tenth Amendment claim (and it does not), the federal government, or appropriate implementing official(s), would be the proper party or parties. *Cf. Bond v. United States*, 564 U.S. 211, 225 (2011) (explaining that Tenth Amendment expresses restrictions on the federal government's power).

*Third*, the Ninth Circuit has held that "Congress may regulate possession of firearms without violating the Tenth Amendment." *United States v. Andaverde*, 64 F.3d 1305, 1310 (9th Cir. 1995) (rejecting Tenth Amendment challenge to 18 U.S.C. § 922(g)(1)); *Enos v. Holder*, No. 2:10–CV–2911–JAM–EFB, 2011 WL 2681249, at *6 (E.D. Cal. July 8, 2011) (granting motion to dismiss Tenth Amendment challenge to 18 U.S.C. §§ 921(a)(33), 922(d)(9), (g)(9)). That binding precedent should control the outcome here.

1

Def. Cal. AG's Joinder in Fed. Defs.' MTD Pls.' 10th Amend. Claim (1:19-cv-00270)

Dated: April 16, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ Nelson Richards*
NELSON R. RICHARDS
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra*

2

Def. Cal. AG's Joinder in Fed. Defs.' MTD Pls.' 10th Amend. Claim (1:19-cv-00270)

# CERTIFICATE OF SERVICE

Case Name: **Jane Roe #1, et al. v. United States of America, et al.**   No. **1:19-cv-00270**

I hereby certify that on <u>April 16, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT CALIFORNIA ATTORNEY GENERAL'S JOINDER IN FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' TENTH AMENDMENT CLAIM (ECF NO. 37)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 16, 2020</u>, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2019101161
33999662.docx