Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
42690 Rio Nedo, Suite F
Temecula, California 92590
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br>          Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; WILLIAM P. | Case No.: 1:19-CV-002270-DAD-BAM <br><br> PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS <br><br> Date:    May 19, 2020 <br> Time:    9:30 a.m. <br> Judge:   Hon. Dale A. Drozd <br> Courtroom: 5, Seventh Floor |

1

Plaintiffs' RFJN: Opposition to MTD                    Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

|   |   |
|---|---|
| BARR (U.S. Attorney General), | ) |
| CHRISTOPHER A. WRAY (Director, | ) |
| Federal Bureau of Investigation); | ) |
| REGINA LOMBARDO (Acting Deputy | ) |
| Director, Bureau of Alcohol, Tobacco, | ) |
| Firearms and Explosives); XAVIER | ) |
| BECERRA (California Attorney | ) |
| General), DOES 1 TO 100. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

Pursuant to Federal Rule of Civil Procedure 201, Plaintiffs in the above entitled action requests that the Court take judicial notice of the following materials:

1. Exhibit A is a webpage from the Bureau of Alcohol, Tobacco, Firearms and Explosives showing the "Permanent Brady State Lists." The website was accessed on May 4, 2020.

2. Exhibit B is a webpage from the Bureau of Alcohol, Tobacco, Firearms and Explosives showing the "NICS Participation Map." The website was accessed on May 4, 2020.

3. Exhibit C is an audit report of National Instant Criminal Background Check System (NICS) which reviewed the California Department of Justice's Bureau of Firearms policies and procedures as a Point of Contact state in September of 2011.

      Respectfully Submitted on May 5, 2020,

       /s/ *Donald Kilmer*

      Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

2

Plaintiffs' RFJN: Opposition to MTD    *Jane Roe #1, et al., v. United States, et al.*