Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho  83607
Voice:  (408) 264-8489

Jason Davis [SBN: 123456]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1, JANE ROE #2, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, SECOND AMENDMENT FOUNDATION, INC.<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES OF AMERICA, United States DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-002270-DAD-BAM<br><br>JOINT STATUS REPORT<br>Date:     June 30, 2020<br>Time:    8:30 a.m.<br>Before:  Magistrate Judge<br>              Barbara A. McAuliffe<br><br>All parties intend to appear telephonically through counsel. |

1

Joint Status Report                                    Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road
Caldwell, ID  83607
Vc: 408/264-8489
don@dklawoffice.com

| | |
|---|---|
| AND EXPLOSIVES, WILLIAM P. BARR (U.S. Attorney General), CHRISTOPHER A WRAY (Director, Federal Bureau of Investigations), REGINA LOMBARDO (Deputy Director, Head of Bureau of Alcohol, Tobacco, Firearms and Explosives), XAVIER BECERRA (California Attorney General), DOES 1 TO 100.<br><br>              Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties respectfully report that they met and conferred today and will continue to exchange information in the hopes of avoiding the need to propound formal discovery in this case.  The parties propose that these informal efforts should extend until July 23, 2020 and be followed (if necessary) by a period of formal discovery lasting until November 22, 2020.  The parties expect that this case will be resolved on motions for summary judgment and will be prepared to discuss a schedule for such motions and any other scheduling matters during next week's status conference.

Respectfully Submitted,
Date: June 23, 2020

/s/ Donald Kilmer
Attorney for Plaintiffs

/s/ Nelson Richards
Attorney for Defendant Becerra
(Approved June 23, 2020 | LR 131(e))

/s/ James Bickford
Attorney for Defendant United States, et al.
(Approved June 23, 2020 | LR 131(e))

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

2

Joint Status Report                                                                                         *Jane Roe #1, et al., v. United States, et al.*