Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
3455 Jarvis Avenue
San Jose, California 95118
Voice: (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California 92691
Voice: (949) 436-4867
Fax:   (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-00270-DAD-BAM<br><br>JOINT STATUS CONFERENCE REPORT<br>Date:   DEC. 1, 2020<br>Time:   8:30 a.m.<br>Before: Magistrate Judge<br>        Barbara A. McAuliffe<br><br>Parties intend to appear telephonically through counsel. |

1

Joint Status Conf Stmt. Supplemental       Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

AND EXPLOSIVES; WILLIAM P. )
BARR (U.S. Attorney General), )
CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); XAVIER )
BECERRA (California Attorney )
General), )
  )
  Defendants. )
_____ )

## Supplemental Status Conference Statement

1. Federal Defendants' Motion to Dismiss 10th Amendment Claim filed on April 14, 2020, (Document 37), before District Judge Dale A. Drozd, has been fully briefed and is under submission.

2. The Parties have completed fact discovery as of November 23, 2020. No motions to compel further discovery are pending.

3. The Parties do not anticipate the use of expert witnesses in this case, which they expect to be resolved on cross-motions for summary judgment. The Parties jointly propose the following schedule for such motions:

    a. Plaintiffs' Motion for Summary Judgment and Supporting Documents shall be filed on or before March 1, 2021.

    b. Defendants' Cross-Motion for Summary Judgment, Opposition, and Supporting Documents shall be filed 30 days later, or April 1, 2021, whichever occurs first.

    c. Plaintiffs' Opposition, Reply and Supporting Documents shall be filed 21 days later, or April 23, 2021, whichever occurs first.

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

2

Joint Status Conf Stmt. Supplemental                    *Jane Roe #1, et al., v. United States, et al.*

4. John Doe #6 is very ill. The Parties have agreed to dismiss this plaintiff from the case with a cost waiver as to John Doe #6. Plaintiffs' counsel to prepare a stipulation.
5. For any additional pleading amendments relating to parties[1] (e.g., dismissals, stipulations) the parties shall meet and confer before contacting the magistrate for assistance.

Respectfully Submitted,

Date: Nov. 24, 2020

*/s/ Donald Kilmer*
Attorney for the Plaintiffs

Date: Nov. 24, 2020

*/s/ Nelson Richards*
Attorney for Defendant Becerra
(Approved Nov. 24, 2020| L.R. 131(e))

Date:  Nov. 24, 2020

*/s/ James Bickford*
Attorney for U.S. Defendants
(Approved Nov. 24, 2020| L.R. 131(e))

---

[1] The Plaintiffs and California Attorney General are negotiating a possible stipulated dismissal but have not reached a final agreement.

**Donald Kilmer**
Attorney at Law
3455 Jarvis Ave.
San Jose, CA 95118
Vc: 408/264-8489
don@dklawoffice.com

3

Joint Status Conf Stmt. Supplemental                                         *Jane Roe #1, et al., v. United States, et al.*