UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00270-DAD-BAM<br><br>**SUPPLEMENTAL SCHEDULING ORDER**<br><br>**Status Conf.: February 1, 2021**<br>        **9:00 a.m.**<br>        **Courtroom 8 (BAM)** |

This Court conducted a Telephonic Status Conference/Scheduling Conference on December 1, 2020, following completion of non-expert discovery. Counsel Donald Kilmer appeared by telephone on behalf of Plaintiffs Jane Roe #1, Jane Roe #2, John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6, and the Second Amendment Foundation. Counsel James Bickford appeared by telephone on behalf of Defendants United States of America, United States Department of Justice, Federal Bureau of Investigation, Bureau of Alcohol, Tobacco, Firearms and Explosives, William Barr, Christopher Wray, and Thomas Brandon. Counsel Ryan Hanley appeared by telephone on behalf of Defendant Xavier Becerra.

**1.**     <u>**Motions for Summary Judgment or Summary Adjudication**</u>

Based on the agreement of the parties that expert discovery is not anticipated, the Court sets the following schedule for pre-trial dispositive motions.

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | March 1, 2021 |
| Defendants' Cross-Motion for Summary Judgment and Opposition | April 1, 2021 |

///

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' Cross-Motion and Reply | April 23, 2021 |
| Defendants' Reply | May 14, 2021 |

Prior to filing a motion for summary judgment or motion for summary adjudication the parties are ORDERED to meet, in person or by telephone, and confer to discuss the issues to be raised in the motion. The purpose of meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of settlement before the parties incur the expense of briefing a summary judgment motion; and 6) to arrive at a joint statement of undisputed facts. The moving party shall initiate the meeting and provide a draft of the joint statement of undisputed facts. In addition to the requirements of Local Rule 260, the moving party shall file a joint statement of undisputed facts.

In the notice of motion, the moving party shall certify that the parties have met and conferred as ordered above and set forth a statement of good cause for the failure to meet and confer.

**2.     Further Status Conference**

The Court SETS a further STATUS CONFERENCE for **February 1, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. Prior to the conference, the parties shall meet and confer regarding the status of this action. At least one (1) week prior to the conference, the parties SHALL file a JOINT report updating the Court regarding the case status. The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **December 1, 2020**         /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

2