Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>JOINT STATUS CONFERENCE REPORT<br>Date:     Feb. 1, 2021<br>Time:    9:00 a.m.<br>Before:  Magistrate Judge<br>             Barbara A. McAuliffe<br><br>Parties intend to appear through counsel telephonically or via Zoom pursuant to the Court's Scheduling Order (Doc 53) and are awaiting Zoom credentials from the Court. |

1

Joint Status Conf Stmt. Supplemental                                        Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

AND EXPLOSIVES; WILLIAM P. BARR (U.S. Attorney General), CHRISTOPHER A. WRAY (Director, Federal Bureau of Investigation); REGINA LOMBARDO (Acting Deputy Director, Bureau of Alcohol, Tobacco, Firearms and Explosives); XAVIER BECERRA (California Attorney General),

        Defendants.

## Supplemental Status Conference Statement

1. The parties have an agreement to dismiss Plaintiff John Doe #6 and said dismissal shall be entered shortly.
2. The parties expect to move forward in accordance with the Scheduling Order issued by this Court on December 2, 2020. (Doc 53)

Respectfully Submitted,

Date: January 25, 2021

*/s/ Donald Kilmer*
Attorney for the Plaintiffs

Date: January 25, 2021

*/s/ Nelson Richards*
Attorney for Defendant Becerra
(Approved Jan. 25, 2021| L.R. 131(e))

Date: January 25, 2021

*/s/ James Bickford*
Attorney for U.S. Defendants
(Approved Jan. 25, 2021| L.R. 131(e))

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

2

Joint Status Conf Stmt. Supplemental  —  Jane Roe #1, et al., v. United States, et al.