Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM <br><br> STIPULATION FOR DISMISSAL OF JOHN DOE #6 and WAIVER OF COSTS |

1

Dismissal John Doe #6                                    Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

| | |
|---|---|
| 1 | AND EXPLOSIVES; WILLIAM P. BARR (U.S. Attorney General), CHRISTOPHER A. WRAY (Director, Federal Bureau of Investigation); REGINA LOMBARDO (Acting Deputy Director, Bureau of Alcohol, Tobacco, Firearms and Explosives); XAVIER BECERRA (California Attorney General), |

Defendants.

The parties, by and through counsel, stipulate that John Doe #6 be dismissed from this action with prejudice and waiver of costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**SO STIPULATED.**

Date: February 22, 2021

*/s/ Donald Kilmer*
Attorney for the Plaintiffs

Date: February 22, 2021

*/s/ Nelson Richards*
Attorney for Defendant Becerra
(Approved Feb. 22, 2021| L.R. 131(e))

Date:  February 22, 2021

*/s/ James Bickford*
Attorney for U.S. Defendants
(Approved Feb. 22, 2021| L.R. 131(e))

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com