Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>JOINT MOTION and PROPOSED ORDER, FOR RELIEF FROM STANDING ORDER 1.B.<br><br>ADMINISTRATIVE MOTION<br>NO HEARING IS REQUESTED |

1

Joint Motion Re: Page Limits　　　　　　　　　　　　　　Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

| | |
|---|---|
| 1 | AND EXPLOSIVES; WILLIAM P. ) |
| 2 | BARR (U.S. Attorney General), ) |
| | CHRISTOPHER A. WRAY (Director, ) |
| 3 | Federal Bureau of Investigation); ) |
| 4 | REGINA LOMBARDO (Acting Deputy ) |
| | Director, Bureau of Alcohol, Tobacco, ) |
| 5 | Firearms and Explosives); XAVIER ) |
| 6 | BECERRA (California Attorney ) |
| 7 | General), ) |
| | ) |
| 8 | Defendants. ) |
| 9 | ) |

The parties, by and through undersigned counsel, hereby request relief from this Court's Standing Order 1.B. – Law and Motion: Briefing.

With the assistance of Magistrate Judge Barbara A. McAuliffe, the parties have set a briefing schedule for cross motions for summary judgment.[1]  Due to the complexity of the case, and the multiplicity of plaintiffs, the parties respectfully request relief from this Court standing order regarding page limits.  The parties propose that moving papers and opposition briefs shall not exceed 35 pages, and that any reply briefs shall not exceed 21 pages.

/ / / /

/ / / /

---

[1] At the time this joint motion is being submitted, the parties are seeking a modification of the briefing schedule.  There is no hearing set on the Motions for Summary Judgment.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

2

Joint Motion Re: Page Limits                                    *Jane Roe #1, et al., v. United States, et al.*

Respectfully Submitted,

Date: February 23, 2021

*/s/ Donald Kilmer*
Attorney for the Plaintiffs

Date: February 23, 2021

*/s/ Nelson Richards*
Attorney for Defendant Becerra
(Approved Feb. 23, 2021| L.R. 131(e))

Date:  February 22, 2021

*/s/ James Bickford*
Attorney for U.S. Defendants
(Approved Feb.23, 2021| L.R. 131(e))

## **Order**

Having taken the matter under submission, the Court

    Grants the Motion.

    Denies the Motion.

Dated:

_____
Dale A. Drozd
United States District Judge

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

3

Joint Motion Re: Page Limits　　　　　　　　　　　　　　　Jane Roe #1, et al., v. United States, et al.