Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM <br><br> STIPULATION TO MODIFY SUPPLMENTAL SCHEDULING ORDER (Doc 053) |

1

Dismissal John Doe #6                              *Jane Roe #1, et al., v. United States, et al.*

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

AND EXPLOSIVES; WILLIAM P. )
BARR (U.S. Attorney General), )
CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); XAVIER )
BECERRA (California Attorney )
General), )
                                     )
          Defendants. )
                                     )

The parties, by and through counsel, stipulate to an adjustment of the current scheduling order (Doc 053) for cross-motions for summary judgment.  There is no hearing currently set, and no party is prejudiced by this modification.

| | |
|---|---|
| Plaintiffs Motion for Summary Judgment | March 22, 2021 |
| Defendants' Cross-Motion for Summary Judgment and Opposition | April 26, 2021 |
| Plaintiffs' Opposition to Defendants' Cross-Motion and Reply | May 17, 2021 |
| Defendants' Reply | Jun 7, 2021 |

All other prior stipulation and orders remain in full force and effect.

/ / / /

/ / / /

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

2

Dismissal John Doe #6          *Jane Roe #1, et al., v. United States, et al.*

**SO STIPULATED.**

Date: February 23, 2021                Date: February 23, 2021

*/s/ Donald Kilmer*                    */s/ Nelson Richards*

Attorney for the Plaintiffs            Attorney for Defendant Becerra
                                       (Approved Feb. 23, 2021| L.R. 131(e))


                                       Date:  February 23, 2021

                                       */s/ James Bickford*
                                       Attorney for U.S. Defendants
                                       (Approved Feb. 23, 2021| L.R. 131(e))


## **ORDER**

Currently before the Court is the parties' Stipulation to modify supplemental briefing schedule. (Doc. No. 58.)  According to the stipulation, the parties request a modification but provide no explanation of why modification is necessary.

A scheduling order may be modified only for good cause. Fed. R. Civ. P. 16(b)(4). Here, no cause was presented.  Accordingly, the Court DENIES the stipulation without prejudice to a future request to modify the supplemental briefing schedule supported by an adequate showing of good cause.

IT IS SO ORDERED.

   Dated:  **February 25, 2021**              /s/ *Barbara A. McAuliffe*          _
                                       UNITED STATES MAGISTRATE JUDGE

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

3

Dismissal John Doe #6                              Jane Roe #1, et al., v. United States, et al.