1  Donald E. J. Kilmer, Jr. [SBN: 179986]
2  Email: don@dklawoffice.com
3  Jessica L. Danielski [SBN: 308940]
   Email: jessica@dklawoffice.com
4  LAW OFFICES OF DONALD KILMER, APC
5  14085 Silver Ridge Road
   Caldwell, Idaho 83607
6  Voice:  (408) 264-8489

7
   Jason Davis [SBN: 224250]
8  Email: jason@calgunlawyers.com
9  THE DAVIS LAW FIRM
   27201 Pureta Real, Suite 300
10 Mission Viejo, California  92691
11 Voice: (949) 436-4867
   Fax:    (888) 624-4867
12

13 Attorneys for Plaintiffs
14 JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>RENEWED STIPULATION TO MODIFY SUPPLMENTAL SCHEDULING ORDER (Doc 053)<br><br>(Denied without prejudice Doc 060) |

1

Stipulation/Order Schedule Modification     Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.
com

| | |
|---|---|
| AND EXPLOSIVES; WILLIAM P. BARR (U.S. Attorney General), CHRISTOPHER A. WRAY (Director, Federal Bureau of Investigation); REGINA LOMBARDO (Acting Deputy Director, Bureau of Alcohol, Tobacco, Firearms and Explosives); XAVIER BECERRA (California Attorney General), | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

The parties, by and through counsel, stipulate to an adjustment of the current scheduling order (Doc 053) for cross-motions for summary judgment and renew their request after the Court denied the motion without prejudice (Doc 060). Good cause for modifying the scheduling order [Fed. R. Civ. P. 16(b)(4)], and a request that the court consent to the change is as follows:

1.) There is no hearing currently set, and no party is prejudiced by this modification.

2.) The request was made after a meet and confer email was sent to the Defendants' counsel on February 20, 2021 recounting an unexpected surge of responsibilities on Plaintiffs counsel's time (who is a solo practitioner):

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

2

Stipulation/Order Schedule Modification                                    *Jane Roe #1, et al., v. United States, et al.*

a. Plaintiffs' counsel is working on another Motion for Summary Judgment (with local Idaho Counsel) in a matter pending in Idaho District Court. That motion was set with due dates for briefing that significantly overlap the timing on this case. The scheduling order in the Idaho case was set after the scheduling order in this case.

b. Plaintiffs' counsel is contracted to edit the 3d edition of a law school casebook *Firearms Law and the Second Amendment, Regulation, Rights, and Policy* (2d Ed.), by Johnson, Kopel, Mocsary, O'Shea. [Publisher Wolters Kluwer]. First drafts for the first half of the book are due on March 1, 2021.

c. Plaintiffs' counsel also teaches law school at Lincoln Law School of San Jose and was drafted (last minute) to teach a course in Legal Writing from the end of January through end of February. This was in addition to his regular duties as the Constitutional Law professor, and Assessment Coordinator of the school.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

3

Stipulation/Order Schedule Modification                    *Jane Roe #1, et al., v. United States, et al.*

   d. Plaintiffs' counsel also sat for the lawyer's test of Idaho Bar Exam on Tuesday, February 23, 2021. [1]

3.) After recounting this set of circumstances to Defense counsel, and requesting a two-week extension, Defense counsel for California and the Federal defendants graciously consented to the delay, but due to conflicts proposed a three-week extension.

The parties therefore request that the briefing schedule be modified as follows:

| | |
|---|---|
| Plaintiffs Motion for Summary Judgment | March 22, 2021 |
| Defendants' Cross-Motion for Summary Judgment. and Opposition | April 26, 2021 |
| Plaintiffs' Opposition to Defendants' Cross-Motion and Reply | May 17, 2021 |
| Defendants' Reply | Jun 7, 2021 |

And further request that other prior stipulations and orders remain in full force and effect.

/ / / /

/ / / /

---

[1] Both the Bar Exam and casebook work were known to Plaintiffs' counsel at the time of the February Status conference.  The Idaho case Motion for Summary judgment added to the press of work but could have been accommodated.  The unexpected teaching assignment made the workload untenable.

4

Stipulation/Order Schedule Modification                    *Jane Roe #1, et al., v. United States, et al.*

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

**SO STIPULATED.**

Date: February 25, 2021                Date: February 25, 2021

*/s/ Donald Kilmer*                    */s/ Nelson Richards*
Attorney for the Plaintiffs            Attorney for Defendant Becerra
                                       (Approved Feb. 25, 2021| L.R. 131(e))


Date:  February 25, 2021

*/s/ James Bickford*
Attorney for U.S. Defendants
(Approved Feb. 25, 2021| L.R. 131(e))


### Order

Pursuant to the Parties stipulation, and good cause appearing, the Court hereby GRANTS the request. The parties shall follow the briefing schedule as described below for the parties' cross motions for summary judgment. All other stipulations and orders remain in full force and effect.

Briefing Schedule for cross motions for summary judgment:

- Plaintiffs Motion for Summary Judgment: March 22, 2021
- Defendants' Cross-Motion for Summary Judgment and Opposition: April 26, 2021
- Plaintiffs' Opposition to Defendants' Cross-Motion and Reply: May 17, 2021
- Defendants' Reply: Jun 7, 2021

IT IS SO ORDERED.

Dated:   **March 1, 2021**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

5

Stipulation/Order Schedule Modification                Jane Roe #1, et al., v. United States, et al.