Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

1

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

AND EXPLOSIVES; WILLIAM P.           )
BARR (U.S. Attorney General),        )
CHRISTOPHER A. WRAY (Director,       )
Federal Bureau of Investigation);    )
REGINA LOMBARDO (Acting Deputy       )
Director, Bureau of Alcohol, Tobacco,)
Firearms and Explosives); XAVIER     )
BECERRA (California Attorney         )
General),                            )
                                     )
              Defendants.            )
_____)

I, Alan M. Gottlieb, am the founder and currently vice-president of the Second Amendment Foundation, Inc. (SAF). SAF is a Plaintiff in the above-entitled case, if called to testify, I could and would testify, that the following statements are true and correct:

1. I am the founder and currently vice-president of the Second Amendment Foundation, Inc. (SAF)

2. The Second Amendment Foundation, Inc., is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington.

3. SAF has over 650,000 members and supporters nationwide, including California.

4. The purposes of SAF include:

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

    a. Education,

    b. Research,

    c. Publishing,

    d. And Litigation

in support of the Constitutional right by private citizens to acquire, possess, and lawfully carry firearms for self-defense and other lawful purposes.

5. SAF seeks to vindicate the rights under the Second Amendment to the United States Constitution for all law-abiding citizens, including its members and supporters, and to educate the general public on the consequences of unconstitutional gun control laws.

6. SAF brings this action on behalf of itself and its members.

7. All the named plaintiffs in this action are members of SAF.

8. SAF brings lawsuits like this because the fees and costs of prosecuting such actions often exceeds the personal resources of individual gun owners, including our members.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: March 19, 2021    *Alan M. Gottlieb*
                                    Alan M. Gottlieb, for SAF.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com