Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM <br><br>DECLARATION OF JANE ROE #1 IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

1

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

DECL – JANE ROE #1                                    Jane Roe #1, et al., v. United States, et al.

AND EXPLOSIVES; WILLIAM P. )
BARR (U.S. Attorney General), )
CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); XAVIER )
BECERRA (California Attorney )
General), )
    )
         Defendants. )
    )

I, JANE ROE #1[1], am a Plaintiff in the above-entitled case, if called to testify, I could and would truthfully testify, that the following statements are true and correct:

1. I am a natural person and citizen of the United States and of the State of California.

2. The exact date of my alleged mental health hold is unknown, but probably occurred in 1988/1989.

3. I was living with my parents in New Jersey at the time. I was 15 or 16 years old. I believe the hospital where I was treated was Summit Oaks Hospital in Summit, New Jersey.

---

[1] This Court entered an order (Doc 30) for pseudonym appearance by all plaintiffs. Defendants are aware of all of plaintiffs' actual names.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

4. I attempted correspondence with the hospital in question. It could provide no record of me being a patient there at any time. Nor does the hospital have any records of any adjudication, or due process hearing, relating to my alleged commitment or mental health pathology.

5. I was a minor at the time of the treatment. I do not recall being appointed an attorney or guardian ad litem.  I do not recall being given notice of a hearing, its consequences, or being advised of appellate rights.

6. I attempted to purchase a firearm in January of 2015. I was denied a purchase based on the California Background Check System for firearm purchases which utilizes federal resources and applies federal law in addition to state law in determining firearm purchase eligibility.

7. I am in possession of a February 10, 2015 letter from the California Department of Justice - Bureau of Firearms (CA-DOJ-BOF) which indicates that I have no criminal history that would disqualify me from exercising my Second Amendment rights. Through my counsel, I have provided a copy of that letter to the Defendants.

8. I am in possession of a February 14, 2015 letter from the CA-DOJ-BOF indicates that the Federal Bureau of Investigations - National Instant Check System (FBI-NICS) database is the cause of the denial.

3

DECL – JANE ROE #1                              *Jane Roe #1, et al., v. United States, et al.*

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

Through my counsel, I have provided a copy of that letter to the Defendants.

9. I am domiciled in and a resident of California. I have no plans to live in New Jersey. Traveling to New Jersey to spend the time and money to request a New Jersey court hearing to restore my right to keep and bear arms, nearly 40 years after the event that the federal government alleges disqualifies me, would be an undue burden.

10. I allege on information and belief that the federal government fails to provide any court or administrative remedy to restore the right to keep and bear arms after a disqualifying mental health determination, or for determining if the initial disqualification meets constitutional standards of due process.

11. I allege on information and belief that California's restoration procedure meets or exceeds federal standards to expunge mental health disqualifications from the federal NICS system.

12. I was honorably discharged from the United States Army on or about January 14, 1998. During my service I was awarded: Army Achievement Medal, Joint Meritorious Unit Award, Army Good Conduct Medal, National Defense Service Medal, and Army Service Ribbon.

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

4

DECL – JANE ROE #1                                                     Jane Roe #1, et al., v. United States, et al.

13. I received firearm training in the United States Army and used various small arms while on active duty. I further allege on information and belief that the Army, and therefore the federal government, was fully aware of my "mental health" history during my enlistment.

14. I do not suffer from any disqualifying mental health diagnosis today.

15. I do not believe I suffered from any disqualifying mental health diagnosis when I was 15 or 16 years old.

16. I still wish to exercise my Second Amendments rights to acquire, keep and bear firearms, but I am being prevented from doing so by the joint and several actions of the Defendants.

17. I allege on information and belief that I would be eligible to purchase and possess firearms under California law.

18. I am currently a life member of the Second Amendment Foundation.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: March 1, 2021            /s/ Jane Roe #1
                                Jane Roe #1

5

DECL – JANE ROE #1                                Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com