Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>DECLARATION OF JOHN DOE #1 IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

1

DECL – JOHN DOE #1                                                          Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

AND EXPLOSIVES; WILLIAM P. )
BARR (U.S. Attorney General), )
CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); XAVIER )
BECERRA (California Attorney )
General), )
  )
             Defendants. )
  )

I, JOHN DOE #1[1], am a Plaintiff in the above-entitled case, if called to testify, I could and would truthfully testify, that the following statements are true and correct:

1.    I am a natural person and citizen of the United States and of the State of California.

2.    I was placed on a mental health hold pursuant to WIC § 5250 (adjudicated hold) in August of 2011. I understand that under California law, an adjudicated hold under WIC § 5250 suspends the right to acquire, keep and bear firearms for a period of 10 years, unless relief is sought under WIC § 8103 et seq.

---

[1] This Court entered an order (Doc 30) for pseudonym appearance by all plaintiffs. Defendants are aware of all of plaintiffs' actual names.

2

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

DECL – JOHN DOE #1                                              *Jane Roe #1, et al., v. United States, et al.*

3. In January of 2013, in Sacramento County Superior Court, I was present at hearing under WIC § 8103 to have my rights to acquire, keep and bear firearms restored. The People of the State of California were represented by the District Attorney's Office. The Court granted my petition and relieved me of firearm disabilities.

4. I allege on information and belief that the State of California, Department of Justice – Bureau of Firearms was served with a copy of the minute order granting my petition. Both defendants were also provided a copy by my counsel as part of the discovery in this matter.

5. I am still being denied the right to acquire, keep and bear firearms because he cannot pass the background check.  This denial is being caused by the – joint and several -- conduct of Defendants.

6. I allege on information and belief that the federal government fails to provide any court or administrative remedy to restore the right to keep and bear arms after a disqualifying mental health determination, or for determining if the initial disqualification meets constitutional standards of due process.

7. I allege on information and belief that I would be eligible to purchase and possess firearms under California law.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

3

DECL – JOHN DOE #1                                                          Jane Roe #1, et al., v. United States, et al.

8. I allege on information and belief that California's restoration procedure meets or exceeds federal standards to expunge mental health disqualifications from the federal NICS system.

9. I still wish to exercise my Second Amendments rights to acquire, keep and bear firearms, but I am being prevented from doing so by the joint and several actions of the Defendants.

10. I am currently a life member of the Second Amendment Foundation.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: March 1, 2021            /s/ John Doe #1
                               John Doe #1

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

4

DECL – JOHN DOE #1                                     Jane Roe #1, et al., v. United States, et al.