1  Donald E. J. Kilmer, Jr. [SBN: 179986]
2  Email: don@dklawoffice.com
3  Jessica L. Danielski [SBN: 308940]
   Email: jessica@dklawoffice.com
4  LAW OFFICES OF DONALD KILMER, APC
5  14085 Silver Ridge Road
   Caldwell, Idaho 83607
6  Voice:  (408) 264-8489

7
   Jason Davis [SBN: 224250]
8  Email: jason@calgunlawyers.com
9  THE DAVIS LAW FIRM
   27201 Pureta Real, Suite 300
10 Mission Viejo, California  92691
11 Voice: (949) 436-4867
   Fax:   (888) 624-4867
12

13 Attorneys for Plaintiffs
14 JANE ROE #1, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>DECLARATION OF JOHN DOE #2 IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

1

Donald Kilmer
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

AND EXPLOSIVES; WILLIAM P. )
BARR (U.S. Attorney General), )
CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); XAVIER )
BECERRA (California Attorney )
General), )
)
     Defendants. )
_____ )

  I, JOHN DOE #2[1], am a Plaintiff in the above-entitled case, if called to testify, I could and would truthfully testify, that the following statements are true and correct:

1. I am a natural person and citizen of the United States and of the State of California.

2. I was admitted to Sharp Mesa Vista Hospital in San Diego, California for a mental health evaluation on or about April 10, 2015.

3. On December 19, 2016, I appeared in San Diego County Superior Court, with the People of California represented by the District Attorney of San Diego County. My WIC § 8103 petition was granted and my right

---

[1] This Court entered an order (Doc 30) for pseudonym appearance by all plaintiffs. Defendants are aware of all of plaintiffs' actual names.

2

DECL – JOHN DOE #2             Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

to acquire, keep and bear firearms was restored. The California Department of Justice was served with a copy of the order. A true and correct copy of the order was provided to the Defendants by my counsel as part of discovery in this matter.

4. I am still being denied the right to acquire, keep and bear firearms because I cannot pass the background check. This denial is being caused by the joint and several conduct of the Defendants.

5. I allege on information and belief that the federal government fails to provide any court or administrative remedy to restore the right to keep and bear arms after a disqualifying mental health determination, or for determining if the initial disqualification meets constitutional standards of due process.

6. I allege on information and belief that California's restoration procedure meets or exceeds federal standards to expunge mental health disqualifications from the federal NICS system.

7. I do not suffer from any disqualifying mental health diagnosis today.

8. I allege on information and belief that I would be eligible to purchase and possess firearms under California law.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

3

DECL – JOHN DOE #2                                             Jane Roe #1, et al., v. United States, et al.

9. I still wish to exercise my Second Amendments rights to acquire, keep and bear firearms, but I am being prevented from doing so by the joint and several actions of the Defendants.

10. I am currently a life member of the Second Amendment Foundation.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: March 1, 2021              */s/ John Doe #2*
                                                     John Doe #2

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

4

DECL – JOHN DOE #2                                   *Jane Roe #1, et al., v. United States, et al.*