Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice: (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California 92691
Voice: (949) 436-4867
Fax: (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM <br><br> DECLARATION OF JOHN DOE #3 IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

1

DECL – JOHN DOE #3                                    Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

AND EXPLOSIVES; WILLIAM P. )
BARR (U.S. Attorney General), )
CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); XAVIER )
BECERRA (California Attorney )
General), )
                                        )
             Defendants. )
                                        )

I, JOHN DOE #3[1], am a Plaintiff in the above-entitled case, if called to testify, I could and would truthfully testify, that the following statements are true and correct:

1. I am a natural person and citizen of the United States and of the State of California.

2. On or about June 12, 2012, I was placed on a mental health hold after a "Certification Review Hearing" that purported to place me on a hold pursuant to California Welfare and Institutions Code (WIC) § 5150. The ambiguity being that hearings are normally only required for holds under WIC § 5250.

---

[1] This Court entered an order (Doc 30) for pseudonym appearance by all plaintiffs. Defendants are aware of all of plaintiffs' actual names.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

3. I allege on information and belief that a WIC § 5150 is an unadjudicated mental health hold.

4. A true and correct copy of the "Certification Review Hearing" – *indicating on its face that it was conducted pursuant to WIC § 5150* -- was provided to the Defendants as part of discovery in this matter.

5. Regardless of the statutory authority for the "hearing", I was never offered an attorney, I was never appointed an attorney, I was never appointed a conservator, I was never advised of the full consequences of the hearing (i.e., loss of Second Amendment rights), nor was I advised of my appellate rights, prior to the "hearing."

6. During the entire process of my admission and stay at the hospital, I requested the assistance of counsel, but was refused. I requested a habeas corpus hearing but was refused. The only person who would render assistance to me was a "patient advocate." I asked this person if she was a lawyer, she told me she was not a lawyer.

7. During the meeting (I would hardly call it a "hearing") which took place in a conference room (I was not informed that this was "a court"), I was already under the influence of hospital administered psychotropic drugs that effected my perception and judgment.

3

DECL – JOHN DOE #3                                                      Jane Roe #1, et al., v. United States, et al.

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

8. I was never once advised during this meeting ("hearing") by the person apparently in charge of the meeting, that my liberty or my right to keep and bear arms was in jeopardy.

9. At the end of the meeting ("hearing") I objected to the designation that I was a danger to myself or others, and explained that I had severe back pain, and that I thought I was being treated for this back pain, not psychological disorders.  My "patient advocate" never once tried to determine from me what was going on, nor did she attempt to clarify or correct the record.

10. Almost immediately after the meeting ("hearing"), I was discharged from the hospital, i.e., I was not held for the statutory 14-day hold under WIC § 5250. This is what lead me to believe that I was only subject to a WIC§ 5150 (unadjudicated) hold.

11. If I was subjected to only a WIC § 5150 hold (which has no federal consequences), my rights would have been restored by operation of law, after a five-year suspension in late June of 2017.

12. In a July 1, 2017 letter, I was informed by CA-DOJ-BOF that I am ineligible to acquire, keep and bear firearms.  A copy of this letter was provided to the defendants during discovery.

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

4

DECL – JOHN DOE #3                                       Jane Roe #1, et al., v. United States, et al.

13. I received a letter dated July 26, 2017, from the CA-DOJ-BOF indicating that I have no criminal history that would prevent me from acquiring, keeping and bearing firearms. A copy of this letter was provided to the defendants during discovery.

14. I allege on information and belief that the federal government fails to provide any court or administrative remedy to restore the right to keep and bear arms after a disqualifying mental health determination, or for determining if the initial disqualification meets constitutional standards of due process.

15. I allege on information and belief that California's restoration procedure meets or exceeds federal standards to expunge mental health disqualifications from the federal NICS system.

16. I do not suffer from any disqualifying mental health diagnosis today.

17. I still wish to exercise my Second Amendments rights to acquire, keep and bear firearms, but I am being prevented from doing so by the joint and several actions of the Defendants.

18. I allege on information and belief that I would be eligible to purchase and possess firearms under California law.

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

5

DECL – JOHN DOE #3                                    Jane Roe #1, et al., v. United States, et al.

19. I am currently a life member of the Second Amendment Foundation.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: March 19, 2021             /s/ John Doe #3
                                  John Doe #3

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

6

DECL – JOHN DOE #3                         Jane Roe #1, et al., v. United States, et al.