Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>DECLARATION OF JOHN DOE #4 IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

1

DECL – JOHN DOE #4                     Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

| | |
|---|---|
| AND EXPLOSIVES; WILLIAM P. BARR (U.S. Attorney General), CHRISTOPHER A. WRAY (Director, Federal Bureau of Investigation); REGINA LOMBARDO (Acting Deputy Director, Bureau of Alcohol, Tobacco, Firearms and Explosives); XAVIER BECERRA (California Attorney General), | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

I, JOHN DOE #4[1], am a Plaintiff in the above-entitled case, if called to testify, I could and would truthfully testify, that the following statements are true and correct:

1. I am a natural person and citizen of the United States and of the State of Texas (I moved from Oregon during this case.)

2. On January 3, 1996, I was admitted to Cedar Vista Hospital in Fresno, California, for a mental health evaluation and discharged on January 11, 1996.  There is no indication this evaluation involved any hearing or adjudication of any kind.  Therefore, it is alleged on information and belief that this hold was conducted pursuant to WIC § 5150.

---

[1] This Court entered an order (Doc 30) for pseudonym appearance by all plaintiffs. Defendants are aware of all of plaintiffs' actual names.

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

2

DECL – JOHN DOE #4                                                          Jane Roe #1, et al., v. United States, et al.

3. On or about October 5, 1996, I was admitted for a second time to Cedar Vista Hospital in Fresno, California, for a mental health evaluation and was discharged on October 15, 1996. I was then admitted to a voluntary program and discharged on November 22, 1996. There is prima facie evidence that this second evaluation may have involved a hearing as I was advised of the consequences of the hearing and my right to petition a court later for relief from firearm disabilities and/or that my right to possess firearms would only be suspended for five (5) years under California and restored by operation of law if he did not seek a court hearing. I was not appointed a lawyer, nor a conservator, nor was I advised of my appellate rights.

4. On or about February 13, 2008, I received a letter from FBI-NICS indicating that I was disqualified from owning, acquiring or possessing firearms based on my adjudicated mental health status. A copy of this letter was provided to the Defendants during discovery.

5. On or about July 9, 2008, I received a letter from CA-DOJ-BOF indicating that I have no criminal history maintained by that agency. A copy of this letter was provided to the Defendants during discovery.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

3

DECL – JOHN DOE #4                                          Jane Roe #1, et al., v. United States, et al.

6. On or about June 2, 2010, I received a letter from CA-DOJ-BOF indicating that I am ineligible to acquire, own or possess firearms. A copy of this letter was provided to the Defendants during discovery.

7. On or about July 27, 2010, I caused a Petition for Relief from Firearms Prohibition under WIC § 8103 to be filed, despite more than ten years having lapsed from my hospitalization; despite that fact that the disqualification should have expired by operation of law.

8. On September 24, 2010, I appeared in Fresno County, with the People represented by the District Attorney, the Superior Court, denied the petition, stating: "[...] Motion for Relief of Firearm Prohibition is DENIED. The Court cannot grant the requested relief the petition is seeking. Prohibition period lapsed, 10/4/2001." In other words, the case was not resolved on the merits because the Judge considered the matter mooted by operation of law. (i.e., the passage of time.) A true and correct copy of the order was provided to the Defendants as part of discovery.

9. I allege on information and belief that the federal government fails to provide any court or administrative remedy to restore the right to keep and bear arms after a disqualifying mental health determination,

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

4

DECL – JOHN DOE #4                                         Jane Roe #1, et al., v. United States, et al.

or for determining if the initial disqualification meets constitutional standards of due process.

10. I allege on information and belief that California's restoration procedure meets or exceeds federal standards to expunge mental health disqualifications from the federal NICS system.

11. I do not suffer from any disqualifying mental health diagnosis today.

12. I still wish to exercise my Second Amendments rights to acquire, keep and bear firearms, but I am being prevented from doing so by the joint and several actions of the Defendants.

13. I allege on information and belief that I would be eligible to purchase and possess firearms under California law.

14. I am currently a life member of the Second Amendment Foundation.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: March 1, 2021    /s/ John Doe #4
John Doe #4

5

DECL – JOHN DOE #4    Jane Roe #1, et al., v. United States, et al.

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com