Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM <br><br> DECLARATION OF JOHN DOE #5 IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

1

DECL – JOHN DOE #5                                      Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

AND EXPLOSIVES; WILLIAM P.             )
BARR (U.S. Attorney General),          )
CHRISTOPHER A. WRAY (Director,         )
Federal Bureau of Investigation);      )
REGINA LOMBARDO (Acting Deputy         )
Director, Bureau of Alcohol, Tobacco,  )
Firearms and Explosives); XAVIER       )
BECERRA (California Attorney           )
General),                              )
                                       )
        Defendants.              )
_____)

I, JOHN DOE #5[1], am a Plaintiff in the above-entitled case, if called to testify, I could and would truthfully testify, that the following statements are true and correct:

1. I am a natural person and citizen of the United States and of the State of Nevada.

2. On or about April 30, 2007, I was admitted to Del Amo Hospital in Torrance, California, for a mental health evaluation. I was 15 years old at the time. I was discharged on or about May 8, 2007.

3. I allege on information and belief that no court records exist at this time to indicate whether that mental health evaluation of was voluntary

---

[1] This Court entered an order (Doc 30) for pseudonym appearance by all plaintiffs. Defendants are aware of all of plaintiffs' actual names.

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

or involuntary or conducted under the non-adjudicated hold (WIC § 5150) or an adjudicated hold (WIC § 5250).

4. I do not recall ever having been advised of any hearings, the consequences of any hearing, nor do I recall be advised of my appellate rights if there was a hearing, nor do I recall being appointed an attorney or guardian ad litem.

5. I am in possession of a January 24, 2014 letter from the U.S. Department of Justice, Federal Bureau of Investigations relating to a Firearm Appeal, after I was denied a gun purchase.  A true and correct copy of that letter was provided to the Defendants as part of discovery.

6. Despite more than 10 years since the alleged mental health hold occurred, I am being denied the right to acquire and possess firearms.

7. I allege on information and belief that the federal government fails to provide any court or administrative remedy to restore the right to keep and bear arms after a disqualifying mental health determination, or for determining if the initial disqualification meets constitutional standards of due process.

8. I do not suffer from any disqualifying mental health diagnosis today.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

3

DECL – JOHN DOE #5                                      Jane Roe #1, et al., v. United States, et al.

9. I allege on information and belief that California's restoration procedure meets or exceeds federal standards to expunge mental health disqualifications from the federal NICS system.

10. I allege on information and belief that I am not prohibited from acquiring or possessing firearms under Nevada law.

11. I allege on information and belief that I would be eligible to purchase and possess firearms under California law.

12. I still wish to exercise my Second Amendments rights to acquire, keep and bear firearms, but I am being prevented from doing so by the joint and several actions of the Defendants.

13. I am currently a life member of the Second Amendment Foundation.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: March 1, 2021          /s/ John Doe #5
                             John Doe #5

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

4

DECL – JOHN DOE #5                    Jane Roe #1, et al., v. United States, et al.