Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>DECLARATION OF DONALD KILMER (COUNSEL OF RECORD) IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

1

DECL – Alan Gottlieb: SAF                    Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

AND EXPLOSIVES; WILLIAM P. )
BARR (U.S. Attorney General), )
CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); XAVIER )
BECERRA (California Attorney )
General), )
                                 )
          Defendants. )

I, Donald Kilmer, declare as follows:

1. I am counsel of record for the plaintiffs in the above-entitled matter. I am also the custodian of records for my law firm.

2. As part of my duties in this case I conducted formal discovery int this matter.

3. <u>Exhibit A</u> attached hereto is a true and correct copy of the California Department of Justice's response to request for admissions titled: RESPONSES TO REQUESTS FOR ADMISSION BY DEFENDANT XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA.

4. <u>Exhibit B</u> attached hereto is a true and correct copy of California Department of Justice's response to request for documents titled: RESPONSES TO REQUESTS FOR PRODUCTION OF

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

2

DECL – Alan Gottlieb: SAF                                                 *Jane Roe #1, et al., v. United States, et al.*

DOCUMENTS BY DEFENFANT XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA.

5. No documents were produced by Defendant Becerra in response to plaintiffs' request for production of documents.

6. Exhibit C attached hereto is a true and correct copy of the California Department of Justice's response to interrogatories titled: RESPONSES TO PLAINTIFF'S INTERROGATORIES BY DEFENDANT XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS THE ATTONREY GENERAL OF THE STATE OF CALIFORNIA.

7. Exhibit D attached hereto is a true and correct copy of the documents produced by Defendant XAVIER BECERRA in response to plaintiffs' interrogatories.  (Exhibit C) The documents are Bates number: DEF. CA AG 00000024 to DEF. CA AG 00000042.

8. Exhibit E attached hereto is a true and correct copy of the United States Government Defendants' response to plaintiffs' request for admissions titled: FEDERAL DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION.

3

DECL – Alan Gottlieb: SAF                Jane Roe #1, et al., v. United States, et al.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

9. <u>Exhibit F</u> attached hereto is a true and correct copy of the United States Government Defendants' response to plaintiffs' interrogatories titled: FEDERAL DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES.

10. <u>Exhibit G</u> attached hereto is true and correct copy of the United States Government Defendants' response to plaintiffs' request for production of documents titled: FEDERAL DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION.

11. <u>Exhibit H</u> attached hereto are true and correct copies of excerpts from the United States Governments Defendants' production of documents pursuant to <u>Exhibit G</u>. The documents are:

   a. Appendix II: State Options for Conducting Background Checks using the National Instant Criminal Background Check System. [GAO-12-684 NICS Improvement Amendments Act, p. 43-45] The document is three (3) pages and bates numbered: ATF0086-ATF0088.

   b. Appendix III: Minimum Criteria for Certification of Qualifying State Relief from Disabilities Programs. [GAO-12-684 NICS

Improvement Amendments Act, p. 46-48] The document is three (3) pages and bates numbered: ATF0089-ATF0091.

c. NICS Improvement Amendments Act of 2007 List of States with Qualified 922(d)(4)/(g)(4) Relief Programs. The document is two (2) pages and bates numbered: ATF0100-ATF0101.

d. Email exchange between the California Department of Justice and the United States Government between February 2008 and April 2008 relating to NICS Improvement Act interpretation of mental health disqualification and restoration of rights.  The collection of emails is twelve (12) pages and bates numbered: ATF0102-ATF0113.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: March 22, 2021         *Donald Kilmer*
                             Donald Kilmer, Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

5

DECL – Alan Gottlieb: SAF                                    *Jane Roe #1, et al., v. United States, et al.*