XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
NELSON R. RICHARDS, State Bar No. 246996
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7867
 Fax: (916) 324-8835
 E-mail: Nelson.Richards@doj.ca.gov
*Attorneys for Defendant Attorney General of California, Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE ROE #1, et al,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al,**<br><br>Defendants. | 1:19-cv-00270<br><br>**RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS BY DEFENDANT XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA** |

PROPOUNDING PARTY:     PLAINTIFF

RESPONDING PARTY:     DEFENDANT  XAVIER BECERRA

SET NO.:     ONE

1

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

      Defendant Attorney General Xavier Becerra, in his official capacity as the Attorney General of the State of California (Defendant), responds and objects to Plaintiffs' Request for Production of Documents as follows:

      1.     Defendant objects to each request for production insofar as it purports to impose any obligation or requirement greater than or different from the obligations or requirements set forth in the Federal Rules of Civil Procedure and/or the applicable rules and orders of the Court.

      2.     Defendant objects to each request that is overly broad, unduly burdensome, or not relevant to any party's claim or defense and proportional to the needs of the case.

      3.     Defendant objects to each request insofar as it seeks documents that already are contained within the evidence, pleadings, and filings in this matter.

      4.     Defendant objects to each request to the extent that it seeks documents that are equally available to the propounding parties, documents that are already in the possession, custody, or control of the propounding parties either from public sources or by third-party discovery.

      5.     Defendant objects to each request insofar as it seeks documents obtainable from another source that is more convenient and less burdensome.

      6.     Defendant objects to each request for production to the extent that they seek information that is protected from disclosure by the attorney-client privilege, the work product doctrine, the executive privilege, the governmental deliberative process privilege, or any other applicable privilege, and will not respond to such requests. To the extent that Defendant inadvertently discloses information that may arguably be protected from discovery under any applicable privilege, such inadvertent disclosure does not constitute a waiver of such privilege.

      7.     Defendant also objects to these requests as Defendant's factual and legal analysis is not yet complete. Investigation of the facts relating to this case has not been completed, nor has trial preparation been completed. Consequently, the following responses are given based upon information presently available and are made without prejudice to the right to utilize subsequently discovered facts and documents. Moreover, facts, documents, and things now known may be imperfectly understood and, accordingly, such facts, documents and things may not be included

2

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

in the following response. Defendant's discovery and investigation is continuing in this action, and Defendant reserves the right to modify or supplement their responses as additional information becomes available.

8. Except for the facts expressly admitted by these responses, no incidental or implied admissions are intended in these responses. The fact that a request has been answered should not be taken as an admission that the responding party accepts or admits the existence of any facts set forth or assumed by the request, or that the response constitutes admissible evidence. The fact that Defendant has answered part or all of any request is not intended and shall not be construed to be a waiver of all or any part of any objection to any request to which it has responded.

9. Defendant incorporates by reference every general objection set forth above into each specific response set forth below. A specific response may repeat a general objection for emphasis or some other reason. The failure to include any general objection in any specific response does not waive any general objection to that request.

**RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS & THINGS**

**REQUEST FOR PRODUCTION #1**

Any and all medical research, reports, or memoranda relating to any medical standards submitted by California to the United States Government relating to 34 U.S.C. § 40915 et seq.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant further objects to the terms "submitted" and "California" as vague. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

3

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will conduct a reasonable search of his records, including paper files and e-mail accounts of Bureau of Firearms Employees who may have responsive documents. For e-mail searches, Defendant will search the e-mail addresses of relevant employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing keywords based on this request. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #2**

Any and all agency and/or department reports, and/or memoranda relating to the legal standards submitted by California to the United States Government relating to 34 U.S.C. § 40915 et seq.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant further objects to the terms "submitted" and "California" as vague. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will conduct a reasonable search of his records, including paper files and e-mail accounts of Bureau of Firearms Employees who may have responsive documents. For e-mail searches, Defendant will search the e-mail addresses of relevant employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing keywords based on this request. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

4

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

**REQUEST FOR PRODUCTION #3**

Any and all legal research and/or legal memoranda relating to any legal standards submitted by California to the United States Government relating to 34 U.S.C. § 40915 et seq.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant further objects to the terms "submitted" and "California" as vague. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will conduct a reasonable search of the paper files and e-mail accounts of Bureau of Firearms Employees who may have responsive documents. For e-mail searches, Defendant will search the e-mail addresses of relevant employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing keywords based on this request. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #4**

Any and all correspondence between California and the United States Government relating to "qualifying programs" under 34 U.S.C. § 40915 et seq.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all"

5

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

documents as overbroad and unduly burdensome. Defendant further objects to the terms "submitted" and "California" as vague. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will conduct a reasonable search of the paper files and e-mail accounts of Bureau of Firearms Employees who may have responsive documents. For e-mail searches, Defendant will search the e-mail addresses of relevant employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing keywords based on this request. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #5**

Any and all documents relating to policies and procedures of California (including its departments and agencies) to comply with 34 U.S.C. § 40915 et seq.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to this request to the extent that it seeks documents from "California" as opposed to Defendant, making the request overly broad and unduly burdensome. Defendant further objects to the terms "submitted" and "California" as vague. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or

6

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

1  control. Defendant's investigation into this case is ongoing, and it may reveal documents and
2  information responsive to this request in the future.
3      Subject to and without waiving any of the foregoing objections, Defendant responds:
4  Defendant will conduct a reasonable search the records of the California Department of Justice
5  for responsive documents. Defendant will produce any responsive documents that are not
6  privileged, work product, or otherwise protected from disclosure.
7  **REQUEST FOR PRODUCTION #6**
8      Any and all documents that purport to show that California has complied (or attempted to
9  comply) with the California Administrative Procedures Act [California Government Code §
10  11340 *et seq.*] to become a state "qualified program" under 34 U.S.C. § 40915 et seq.
11  **RESPONSE:**
12      Defendant incorporates by reference the General Objections stated above as if fully set forth
13  herein. Defendant objects to this request to the extent that it calls for information and documents
14  protected by the attorney-client privilege, the governmental deliberative process privilege, the
15  official information privilege, the attorney work product doctrine, the law enforcement
16  investigatory privilege, and other applicable privileges and protections. Defendant further objects
17  that this request seeks information that is not reasonably calculated to lead to the discovery of
18  admissible evidence relevant to any party's claim or defense and proportional to the needs of the
19  case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly
20  burdensome. Defendant objects to this request to the extent that it seeks documents from
21  "California" as opposed to Defendant, making the request overly broad and unduly burdensome.
22  Defendant further objects to the terms "submitted" and "California" as vague. Defendant objects
23  to the request to the extent that it seeks documents outside Defendant's possession, custody or
24  control. Defendant's investigation into this case is ongoing, and it may reveal documents and
25  information responsive to this request in the future.
26      Subject to and without waiving any of the foregoing objections, Defendant responds:
27  Defendant will conduct a reasonable search the records of the California Department of Justice
28

for responsive documents. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #7**

Any and all documents (including correspondence with the United States Government, including its agencies and departments) relating to Jane Roe #1's eligibility to exercise her right to keep and bear arms.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will search the e-mail addresses of relevant Bureau of Firearm employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing Jane Roe #1's actual name. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

8

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

**REQUEST FOR PRODUCTION #8**

Any and all documents (including correspondence with the United States Government, including its agencies and departments) relating to Jane Roe #2's eligibility to exercise her right to keep and bear arms.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will search the e-mail addresses of relevant Bureau of Firearm employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing Jane Roe #2's actual name. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #9**

Any and all documents (including correspondence with the United States Government, including its agencies and departments) relating to John Doe #1's eligibility to exercise his right to keep and bear arms.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents

9

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will search the e-mail addresses of relevant Bureau of Firearm employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing John Doe #1's actual name. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #10**

Any and all documents (including correspondence with the United States Government, including its agencies and departments) relating to John Doe #1's eligibility to exercise his right to keep and bear arms.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant objects to this request as identical to, and duplicative of, request #9. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome.

10

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will produce the same documents, if any, that he produces in response to request #9.

**REQUEST FOR PRODUCTION #11**

Any and all documents (including correspondence with the United States Government, including its agencies and departments) relating to John Doe #2's eligibility to exercise his right to keep and bear arms.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will search the e-mail addresses of relevant Bureau of Firearm employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing John Doe #2's actual name. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #12**

Any and all documents (including correspondence with the United States Government, including its agencies and departments) relating to John Doe #3's eligibility to exercise his right to keep and bear arms.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will search the e-mail addresses of relevant Bureau of Firearm employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing John Doe #3's actual name. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #13**

Any and all documents (including correspondence with the United States Government, including its agencies and departments) relating to John Doe #4's eligibility to exercise his right to keep and bear arms.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents

12

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

1 protected by the attorney-client privilege, the governmental deliberative process privilege, the
2 official information privilege, the attorney work product doctrine, the law enforcement
3 investigatory privilege, and other applicable privileges and protections. Defendant further objects
4 that this request seeks information that is not reasonably calculated to lead to the discovery of
5 admissible evidence relevant to any party's claim or defense and proportional to the needs of the
6 case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly
7 burdensome. Defendant objects to the request to the extent that it seeks documents outside
8 Defendant's possession, custody or control. Defendant's investigation into this case is ongoing,
9 and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will search the e-mail addresses of relevant Bureau of Firearm employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing John Doe #4's actual name. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #14**

Any and all documents (including correspondence with the United States Government, including its agencies and departments) relating to John Doe #5's eligibility to exercise his right to keep and bear arms.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside

13

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will search the e-mail addresses of relevant Bureau of Firearm employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing John Doe #5's actual name. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #15**

Any and all documents (including correspondence with the United States Government, including its agencies and departments) relating to John Doe #6's eligibility to exercise his right to keep and bear arms.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will search the e-mail addresses of relevant Bureau of Firearm employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing John Doe #6's actual name. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

14

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

**REQUEST FOR PRODUCTION #16**

Any and all documents relating to California status as a Point of Contact state for firearms sales from January 1, 2011 to present.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant objects to this request to the extent that it seeks documents from "California" as opposed to Defendant, making the request overly broad and unduly burdensome. Defendant further objects to the term "California" as vague.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will not produce documents in response to this request as currently constituted.

**REQUEST FOR PRODUCTION #17**

Any and all documents relating to any grants, or grant proposals, that California has applied for under the NICS Improvement Act of 2007.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of

15

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant objects to this request to the extent that it seeks documents from "California" as opposed to Defendant, making the request overly broad and unduly burdensome. Defendant further objects to the term "California" as vague.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will not produce documents in response to this request as currently constituted.

**REQUEST FOR PRODUCTION #18**

Any and all documents California has received from the United States Government (including its agencies and departments), from January 1, 2011 to present, relating to California's Restoration of Firearm Rights by State Court Adjudication.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant objects to this request to the extent that it seeks documents from "California" as opposed to Defendant, making the request overly broad and unduly burdensome. Defendant further objects to the term "California" as vague. Defendant objects to the request for a search of 9+ years or records as overboard, unduly burdensome, and not proportional to the needs of the case. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

16

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will conduct a reasonable search of the paper files and e-mail accounts of Bureau of Firearms Employees who may have responsive documents. For e-mail searches, Defendant will search the e-mail addresses of relevant employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing keywords based on this request. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

**REQUEST FOR PRODUCTION #19**

Any and all documents California has received from the United States Government (including its agencies and departments), from January 1, 2011 to present, relating to California's Restoration of Firearm Rights by Operation of State Law.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant objects to this request to the extent that it seeks documents from "California" as opposed to Defendant, making the request overly broad and unduly burdensome. Defendant further objects to the term "California" as vague. Defendant objects to the request for a search of 9+ years or records as overboard, unduly burdensome, and not proportional to the needs of the case. Defendant's investigation into this case is ongoing, and it may reveal documents and information responsive to this request in the future.

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

1        Subject to and without waiving any of the foregoing objections, Defendant responds:
2   Defendant will conduct a reasonable search of the paper files and e-mail accounts of Bureau of
3   Firearms Employees who may have responsive documents. For e-mail searches, Defendant will
4   search the e-mail addresses of relevant employees for communications with addresses ending in
5   "@fbi.gov" and "@atf.gov" containing keywords based on this request. Defendant will produce
6   any responsive documents that are not privileged, work product, or otherwise protected from
7   disclosure.

**REQUEST FOR PRODUCTION #20**

Any and all documents California has received from the United States Government (including its agencies and departments), from January 1, 2011 to present, in which the federal government gave notice to California that its Welfare and Institutions Code, relating to <u>state firearms disabilities</u>, is deficient in any way.

**RESPONSE:**

Defendant incorporates by reference the General Objections stated above as if fully set forth herein. Defendant objects to this request to the extent that it calls for information and documents protected by the attorney-client privilege, the governmental deliberative process privilege, the official information privilege, the attorney work product doctrine, the law enforcement investigatory privilege, and other applicable privileges and protections. Defendant further objects that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence relevant to any party's claim or defense and proportional to the needs of the case. Defendant objects to the request's call for "any and all" documents as overbroad and unduly burdensome. Defendant objects to the request to the extent that it seeks documents outside Defendant's possession, custody or control. Defendant objects to this request to the extent that it seeks documents from "California" as opposed to Defendant, making the request overly broad and unduly burdensome. Defendant further objects to the terms "California" and "deficient" as vague. Defendant objects to the request for a search of 9+ years or records as overboard, unduly burdensome, and not proportional to the needs of the case. Defendant's investigation into this

18

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

case is ongoing, and it may reveal documents and information responsive to this request in the future.

Subject to and without waiving any of the foregoing objections, Defendant responds: Defendant will conduct a reasonable search of the paper files and e-mail accounts of Bureau of Firearms Employees who may have responsive documents. For e-mail searches, Defendant will search the e-mail addresses of relevant employees for communications with addresses ending in "@fbi.gov" and "@atf.gov" containing keywords based on this request. Defendant will produce any responsive documents that are not privileged, work product, or otherwise protected from disclosure.

Dated: September 15, 2020                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ Nelson Richards*
NELSON R. RICHARDS
Deputy Attorney General
*Attorneys for Defendant Attorney General of California, Xavier Becerra*

19

Def. Cal. AG's Resp. to Pls.' Req. for Produc. of Docs. (Set One) (1:19-cv-00270)

## DECLARATION OF SERVICE BY E-MAIL

Case Name: **Jane Roe #1, et al. v. United States of America, et al.**
No.: **1:19-cv-00270**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On September 15, 2020, I served the attached **RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS BY DEFENDANT XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA** by transmitting a true copy via electronic mail as follows:

Don Kilmer: don@dklawoffice.com

James Bickford: James.Bickford@usdoj.gov

Christina Kilmer: christina@dklawoffice.com

Jason Davis: jason@calgunlawyers.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 15, 2020, at Sacramento, California.

Tracie L. Campbell
Declarant

*Tracie Campbell*
Signature

SA2019101161
34410541.docx