

# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS

## Mental Health Unit
## Restoration of Rights Procedures

---

### BACKGROUND

The Bureau of Firearms (BOF)/Mental Health Unit (MHU)'s Staff Services Analyst (SSA) will review all minute orders received from the Superior Court for the purpose of Firearm Rights Restoration Hearings (Welf and Inst Code, § section 8103, subd(f)(1)) stating that the petition has been granted. They will then process the restoration.

### A.  Restoration of Rights Granted

| Steps | Tools Needed | Action/Comments |
|---|---|---|
| I. | Law Enforcement Agency's Website (LEAWeb) | Requires User Name and Password |
| II. | Mental Health Reporting System (MHRS) | Requires User Name and Password |
| III. | Microsoft Outlook | Requires User Name and Password, and access to **Redacted** inbox |

The MHU staff that is processing the mail will provide the SSA with the subject's chart and a minute order from the Superior Court granting the subject's petition and restoring their firearm rights.




# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS

## Mental Health Unit
## Restoration of Rights Procedures

**Example of Restoration Minute Order**

---

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Mental Health Courthouse
Dept 95B

04/20/2018                                                                 1:30 PM

Redacted
**IN THE MATTER OF**

Hon. James Bianco, Judge                         CSR I. Vallejo (CSR#9672)
B. Reyes/D. Headcock, Judicial Assistant         ERM: None
Courtroom Assistant: None                        J. Cosgrove, Deputy Sheriff

**APPEARANCES:**
Petitioner:
Counsel for Petitioner:
Respondent : The People [ ]
Counsel for Respondent : District Attorney, DDA  D. Campbell, DDA [X]

Case Type : WIC 8103

Nature of Proceedings: Report On : - Restoration Hearing

Matter comes on calendar for hearing, a Petition for Restoration Of Right To Own, Possess, Control, Receive Or Purchase Firearms having been filed 02/01/2018.

Court reads and considers report by Dr. Goodwin Mathews, prepared and filed this date. Said report is admitted into evidence by reference.

Petition-ZM040555 - WIC 8103 - PETITION - RESTORATION OF FIREARMS RIGHTS filed on 02/01/2018-Stage at Disposition - AFTER HEARING-UNCONTESTED

Stage At Disposition - After Trial - After evidence both sides by court

**Petition granted**

Court finds that by the preponderance of the evidence petitioner is able to use firearms in a safe and lawful manner, that petitioner may own, control, receive, possess or purchase firearms, and that

there exists no current danger to self or others, pursuant to Section 8103 of the Welfare &Institution Code.

Court grants Petition For Order to Own, Possess, Control, Receive and Purchase Firearms.

The California Department of Justice, Bureau of Firearms Superior Court Report of Firearm Prohibition/Release form has been sent electronically to the Department of Justice.

Court informs petitioner that this Court's order applies only state laws, not federal laws.

ZM040555                        Page 1 of 2                        04/20/2018

---

DEF. CA AG 0000025




**CALIFORNIA DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS**

**Mental Health Unit
Restoration of Rights Procedures**

---

1. Compare form with the confidential report inside the subject's chart.
    a. Ensure the court name matches.
    b. Ensure the case number matches.
    c. Ensure the name matches.

2. Open the RESTORATION OF FIREARMS RIGHTS GRANTED worksheet, which can be found at the pathway **Redacted**
**Redacted**

# Redacted

3. Fill out the worksheet
    a. Date Received (stamped on back of minute order)
    b. Name of the Superior Court
    c. Case # (if doesn't match Confidential Report, list differences in "Comments" field)
    d. Name (LAST NAME, FIRST NAME)
    e. Date of Birth
    f. Comments if needed




**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**

## Mental Health Unit
## Restoration of Rights Procedures

**Example of Restoration of Firearms Rights Granted Worksheet**

### RESTORATION OF FIREARMS RIGHTS GRANTED

| Date Received: | |
| Superior Court: | |
| Case#: | |
| Name: | |
| Date of Birth: | |

Comments:

Supervisor Approval: _____

Record Deleted by: _____ Date Deleted: _____

QA Review by: _____

Notification of Restoration: APPS, PCU, ESU, & FLPS




**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**

**Mental Health Unit**
**Restoration of Rights Procedures**

---

4. Check in LEAWeb for all type M prohibitions.

   a. At the LEAWeb homepage, click **"Mental Health."**



   b. Click on Name Inquiry option.






**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**

**Mental Health Unit**
**Restoration of Rights Procedures**

---

    c. At the MHFPS Name Inquiry screen, enter in the full name (Last Name, First Name) and DOB. Then click **"Submit Inquiry."**



    d. Results will come back with all prohibitions currently in LEAWeb.
        i. If no results are shown, skip to step 27.



    e. Select and copy the PHN/FCN of the records that match your subject.
    f. At the MHFPS Record Key Inquiry screen, use the File Control Number (FCN) from the search page for each record that you want to review. Then click "Submit Inquiry."

---




**CALIFORNIA DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS**

**Mental Health Unit
Restoration of Rights Procedures**



    g. Ensure that the record is the same as what is in the Confidential Report.

        i. If a subject has more than one record, this process will need to be completed for each one.

    h. Print out the prohibition report.

    i. Highlight the NICS Record Identifier (NRI) number.



5. Log into MHRS. For further instructions, see the MHRS User Guide.

6. On the Main Menu page, click on "Delete Prohibition."




# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS

## Mental Health Unit
## Restoration of Rights Procedures

REPORTING

Submit Mental Health Report (Facility)
Report of Firearm Prohibition (Sup)
Report of Firearm Prohibition (Juv)
Report of Firearm Prohibition (LEA)
Correct or Reprint Prohibition
Delete Prohibition
Release Prohibition (Sup)
Forms

7. Search for the prohibition by Prohibition Record Number (PHN) (recommended) or by Last Name, First Name.

Search Prohibition (for Delete)

PHN Number: Redacted OR Last Name | First Name

Please click buttons only once. Multiple clicks may delay processing.

Search | Clear Form | Main Menu

8. Click on the PHN of the correct prohibition to open the record.

Search Prohibition (for Delete)

PHN Number: Redacted OR Last Name | First Name

Please click buttons only once. Multiple clicks may delay processing.

Search | Clear Form | Main Menu

Not finding the record your are looking for?

- If you need to submit a request to DELETE a Mental Health Prohibition record, enter the record details.
- If you need to submit a request to DELETE a Superior Court Prohibition record, enter the record details.
- If you need to submit a request to DELETE a Juvenile Court Prohibition record, enter the record details.
- If you need to submit a request to DELETE a Law Enforcement Agency Prohibition record, enter the record details.

Search Results

| PHN Number | Last Name | First Name | Ori Number | Facility Name | Status |
|---|---|---|---|---|---|
| Redacted | [redacted] | [redacted] | 19V096 | Mental Health Urgent Care At Martin Luther King By Exodus | New |

 

# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS

## Mental Health Unit
## Restoration of Rights Procedures

9. Ensure it is the correct record by checking the PHN, name, DOB, and hold type.

Mental Health Report Preview Form Delete

PHN : Redacted

Patient Intake Information

Patient Last Name [redacted] | Patient First Name [redacted] | Middle Name or Initial | Date of Birth [redacted] | Age

Gender: FEMALE | Ethnicity: BLACK | Height (ft/in): 507 | Weight: 350 lbs. | Eye Color: BROWN | Hair Color: BLACK

[redacted] | CDL | CID | Out Of State ID, State | Out Of State ID

Patient Address | City | State | Zip Code

Place of Birth

Patient ID Number: Redacted | Welfare Institution Code (WIC): 5150 WIC 72 HOUR HOLD/ASSESSED DTSO | Date of Admission or Certification: 01/29/2018

Patient AKAs

No AKAs entered.

Additional Patient Information

No Additional Patient Information entered

Reporting Facility Information

Facility Name: Mental Health Urgent Care At Martin Luther King By Exodus | Facility ID: 19V096

Facility Address: 12021 South Wilmington Ave | Facility City: Los Angeles | State: CA | Facility Zip: 90059

Contact Last Name | Contact First Name

Delete Prohibition Request

*Delete Comment

250 character limit. Characters remaining:

Please click buttons only once. Multiple clicks will delay processing.

Back to List | Reprint | Delete | Main Menu

10. In the "Delete Comment" section enter:
    a. For 5150 records: "Restoration of rights granted, 5150. Minute order received (date received)."




**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**

## Mental Health Unit
## Restoration of Rights Procedures

    b. For 5250 records: "Restoration of rights granted, 5250. Restored in CA only. Will remain in NICS to uphold federal lifetime restriction."



11. Click "Delete."

12. You will be navigated back to the search results page. If you searched by PHN, you will see an error message saying no results can be found. If you searched by Last Name, First Name, the record will be missing from the results. This means the deletion request was successfully submitted.



13. Click "Main Menu" to return to the Main Menu.

14. From the Main Menu, click on "Delete Requests."




# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS

## Mental Health Unit
## Restoration of Rights Procedures

**ADMINISTRATOR**

- Maintain User
- New Account Requests
- Account Enhancement Requests
- Delete Requests
- Release Requests
- Issue Tracking
- Review Errors
- Generate Reports

15. You will be navigated to the pending deletion requests page.

Pending Delete Requests

| PHN Number | Last Name | First Name | Ori Number | Facility Name | Status |
|---|---|---|---|---|---|
| Mental Health Prohibition(s) | | | | | |
| Redacted | [redacted] | | 19V067 | White Memorial Hospital | Delete Requested |
| | | | 36V005 | Community Hospital of San Bernardino | Delete Requested |
| | | | 36V005 | Community Hospital of San Bernardino | Delete Requested |
| | | | 30V012 | Mission Hospital Laguna Beach | Delete Requested |
| | | | 10P004 | Exodus Recovery Crisis Stablization Center | Delete Requested |
| | | | 10V002 | Community Behavioral Health Center | Delete Requested |
| | | | 10V002 | Community Behavioral Health Center | Delete Requested |
| | | | 30P002 | Amhs Crisis Stabilization Unit (Csu) | Delete Requested |
| | | | 42P001 | Santa Barbara Psychiatric Health Facility | Delete Requested |
| | | | 48V007 | Crestwood Solano Psychiatric Health Facility | Delete Requested |
| | | | 36V005 | Community Hospital of San Bernardino | Delete Requested |
| | | | 42P001 | Santa Barbara Psychiatric Health Facility | Delete Requested |
| Superior Court Prohibition(s) | | | | | |
| Redacted | [redacted] | | 40410 | San Luis Obispo County Superior | Delete Requested |
| | | | 40410 | San Luis Obispo County Superior | Delete Requested |
| | | | 30470 | Orange County Superior (Santa Ana) | Delete Requested |
| | | | 10100 | Fresno County Superior | Delete Requested |
| | | | 37100 | San Diego County Superior (San Diego) | Delete Requested |
| | | | 40410 | San Luis Obispo County Superior | Delete Requested |
| | | | 54465 | Tulare County Superior (Porterville) | Delete Requested |
| | | | 38100 | San Francisco County Superior | Delete Requested |
| | | | 37100 | San Diego County Superior (San Diego) | Delete Requested |
| Juvenile Court Prohibition(s) | | | | | |
| Redacted | [redacted] | | 48200 | Solano County Juvenile (Fairfield) | Delete Requested |
| | | | 38200 | San Francisco County Juvenile | Delete Requested |
| | | | 48200 | Solano County Juvenile (Fairfield) | Delete Requested |
| | | | 48200 | Solano County Juvenile (Fairfield) | Delete Requested |

Displaying records 1 to 25 of 2733 total records. ▸ ▸▸

16. Navigate the pages using the arrows at the bottom to find your record.

 

**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**

**Mental Health Unit**
**Restoration of Rights Procedures**

---

    a. The records are in PHN order, with the oldest records on the first pages.

17. Click on the PHN of your record to open the delete request.

18. Ensure it is the correct record by checking the PHN, name, DOB, and hold type.

19. At the bottom of the page, in the "Delete Prohibition Request" section, make the following selections:
    a. For 5150 records:
        a. Determination: Approve
        b. Delete From Firearm Prohibition Reason: Restoration of Rights, Federal
        c. DNR Flag: Yes
    b. For 5250 records:
        a. Determination: Approve
        b. Delete From Firearm Prohibition Reason: Restoration of Rights, Federal
        c. DNR Flag: No



20. Print the page with "Ctrl + P" on the keyboard.

21. Click "Submit Form."
    a. If there are multiple records for the subject, this will need to be done for each record.

22. Go back to LEAWeb.

23. From the Mental Health Main Menu, click on "NICS Inquiry."

---

DEF. CA AG 0000035

 

**CALIFORNIA DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS**

**Mental Health Unit
Restoration of Rights Procedures**

---



24. Enter the NRI number from the printed LEAWeb prohibition record.



25. Click "Submit Inquiry."

26. When the record successfully deletes from NICS, a message stating NRI not on file will appear.

27. Print the transaction result.

---

Rev. 12/2018      Page **13** of **19**

DEF. CA AG 0000036




# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS

## Mental Health Unit
## Restoration of Rights Procedures



    a. For 5250 records, a copy of the NICS record should remain, as the record must remain in NICS to uphold federal lifetime restriction.



28. Print out the Restoration of Firearms Rights Granted worksheet.
    a. If there are 5250 records, enter in the "Comments" field: "5250 – Restored in CA only. Will remain in NICS to uphold lifetime federal restriction."
    b. If there are no hits in the system, enter in the "Comments" field: "Rights could not be restored due to no hits in system" and skip to Step 33.




**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**

## Mental Health Unit
## Restoration of Rights Procedures

29. Date stamp with the current date and initial worksheet in appropriate fields.

30. Date stamp the MHRS deletion page showing the "Delete Prohibition Request" as being filled out.

31. Initial the MHRS deletion page under the date stamp.

32. Highlight:
    a. The Welfare and Institution Code
    b. Comment Entered with the Delete Request
    c. Determination
    d. Delete From Firearm Prohibition Reason
        a. Cross out "Federal" and write in "State"
    e. DNR Flag

33. On NICS results page, highlight "NRI NOT ON FILE."

34. Order pages (from bottom of pile to top):
    a. NICS results page
    b. LEAWeb prohibition record printout
    c. MHRS deletion page printout
    d. Minute order
    e. Restoration of Firearms Rights Granted worksheet
    f. If no results are shown in LEAWeb, order Minute Order with Restoration worksheet on top

35. Write "5150", "5250", or "No Hits" on top of folder to the left of the year.

36. Paperclip to top of subject's folder with a purple "Review" tag and give to Lead SSA for QA and manager signature.

DEF. CA AG 0000038




**CALIFORNIA DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS**

**Mental Health Unit
Restoration of Rights Procedures**



37. When the folder is returned with both signatures, enter the restoration on the "Restoration Hearings and Certifications" spreadsheet, which can be found at the pathway **Redacted**

**Redacted**

38. Enter the restoration in the correct county for the correct year/month in the "Rest." Column.




# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS

## Mental Health Unit
## Restoration of Rights Procedures

| County | JAN Hrng | JAN Rest | FEB Hrng | FEB Rest | MAR Hrng | MAR Rest | APR Hrng | APR Rest | MAY Hrng | MAY Rest | JUN Hrng | JUN Rest | JUL Hrng | JUL Rest | AUG Hrng | AUG Rest | SEP Hrng | SEP Rest | OCT Hrng | OCT Rest | NOV Hrng | NOV Rest | DEC Hrng | DEC Rest | TOTALS Hrng | TOTALS Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALAMEDA (01) | 1 | | 2 | | 1 | | | | | | | | | | | | | | | | | | | | 4 | 0 |
| ALPINE (02) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| AMADOR (03) | | | 1 | | | | 1 | | | | | | | | | | | | | | | | | | 2 | 0 |
| BUTTE (04) | | | | | 2 | | | | | | | | | | | | | | | | | | | | 2 | 0 |
| CALAVERAS (05) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| COLUSA (06) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| CONTRA COSTA (07) | 1 | | 1 | 1 | 1 | | 2 | 1 | | | | | | | | | | | | | | | | | 5 | 2 |
| DEL NORTE (08) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| EL DORADO (09) | | | | | | | 1 | | | | | | | | | | | | | | | | | | 1 | 0 |
| FRESNO (10) | 2 | | 9 | 2 | 3 | 2 | 11 | 1 | | | | | | | | | | | | | | | | | 25 | 5 |
| GLENN (11) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| HUMBOLDT (12) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| IMPERIAL (13) | 1 | | 1 | | 1 | | | | | | | | | | | | | | | | | | | | 3 | 0 |
| INYO (14) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| KERN (15) | | | | | 1 | 1 | | | | | | | | | | | | | | | | | | | 1 | 1 |
| KINGS (16) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| LAKE (17) | 1 | | | | | | 1 | | | | | | | | | | | | | | | | | | 1 | 1 |
| LASSEN (18) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| LOS ANGELES (19) | 8 | 1 | 12 | 3 | 18 | 1 | 6 | 2 | | | | | | | | | | | | | | | | | 44 | 7 |
| MADERA (20) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| MARIN (21) | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | | 2 | 0 |
| MARIPOSA (22) | 1 | | | | | | | | | | | | | | | | | | | | | | | | 1 | 0 |
| MENDOCINO (23) | | | 1 | | 2 | | 1 | | | | | | | | | | | | | | | | | | 4 | 0 |
| MERCED (24) | 1 | | | | 3 | | 1 | | | | | | | | | | | | | | | | | | 5 | 0 |
| MODOC (25) | | | | | 1 | | | 1 | | | | | | | | | | | | | | | | | 1 | 1 |
| MONO (26) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| MONTEREY (27) | 1 | | 1 | 2 | 1 | | 2 | | | | | | | | | | | | | | | | | | 5 | 2 |
| NAPA (28) | | | 2 | | 2 | 1 | | | | | | | | | | | | | | | | | | | 4 | 1 |
| NEVADA (29) | 1 | 1 | | | | | 1 | 1 | | | | | | | | | | | | | | | | | 2 | 2 |
| ORANGE (30) | 11 | | 2 | | 8 | 1 | 3 | 1 | | | | | | | | | | | | | | | | | 24 | 2 |
| PLACER (31) | 5 | 1 | 5 | 2 | 3 | | 3 | | | | | | | | | | | | | | | | | | 16 | 3 |
| PLUMAS (32) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| RIVERSIDE (33) | 14 | 1 | 5 | 1 | 6 | | 1 | 3 | | | | | | | | | | | | | | | | | 26 | 5 |
| SACRAMENTO (34) | 8 | | 7 | | 26 | | 2 | | | | | | | | | | | | | | | | | | 43 | 0 |
| SAN BENITO (35) | | | 1 | | 1 | | | | | | | | | | | | | | | | | | | | 2 | 0 |
| SAN BERNARDINO (36) | | 1 | 2 | 1 | 15 | 2 | | | | | | | | | | | | | | | | | | | 17 | 4 |
| SAN DIEGO (37) | 21 | 1 | 10 | 1 | 26 | 1 | 2 | 2 | | | | | | | | | | | | | | | | | 59 | 5 |
| SAN FRANCISCO (38) | 2 | | | | 10 | | | | | | | | | | | | | | | | | | | | 12 | 0 |
| SAN JOAQUIN (39) | 3 | 3 | 1 | | 1 | | 3 | | | | | | | | | | | | | | | | | | 8 | 3 |
| SAN LUIS OBISPO (40) | 3 | | 2 | | | | 1 | 1 | | | | | | | | | | | | | | | | | 6 | 1 |
| SAN MATEO (41) | 3 | | | | | | | | | | | | | | | | | | | | | | | | 3 | 0 |
| SANTA BARBARA (42) | 1 | | | | | | | | | | | | | | | | | | | | | | | | 1 | 0 |
| SANTA CLARA (43) | 2 | 2 | 1 | 2 | 2 | | 5 | 1 | | | | | | | | | | | | | | | | | 10 | 5 |
| SANTA CRUZ (44) | | | | | 1 | | | | | | | | | | | | | | | | | | | | 1 | 0 |
| SHASTA (45) | | | | 1 | | | | | | | | | | | | | | | | | | | | | 0 | 1 |
| SIERRA (46) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| SISKIYOU (47) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| SOLANO (48) | 1 | 1 | 5 | | 3 | | 1 | | | | | | | | | | | | | | | | | | 10 | 1 |
| SONOMA (49) | 1 | | 1 | | | | 2 | | | | | | | | | | | | | | | | | | 4 | 0 |
| STANISLAUS (50) | 4 | | 10 | | 8 | 1 | 1 | 2 | | | | | | | | | | | | | | | | | 23 | 3 |
| SUTTER (51) | | | | 1 | | | | | | | | | | | | | | | | | | | | | 0 | 1 |
| TEHAMA (52) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| TRINITY (53) | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| TULARE (54) | | | | | 2 | | | | | | | | | | | | | | | | | | | | 2 | 0 |
| TUOLUMNE (55) | 2 | | | | 1 | | | | | | | | | | | | | | | | | | | | 3 | 0 |
| VENTURA (56) | | | | | 2 | | 1 | | | | | | | | | | | | | | | | | | 3 | 0 |
| YOLO (57) | 1 | | 2 | | 1 | | | 1 | | | | | | | | | | | | | | | | | 4 | 1 |
| YUBA (58) | 1 | 1 | | | 1 | | | 1 | | | | | | | | | | | | | | | | | 2 | 2 |
| All County Monthly Totals | 102 | 13 | 85 | 17 | 153 | 10 | 51 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 391 | 59 |

[Worksheet tabs: 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | **2018**]

DEF. CA AG 0000040




**CALIFORNIA DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS**

**Mental Health Unit
Restoration of Rights Procedures**

---

39. Open Outlook.



40. Navigate to the ⟦Redacted⟧ inbox and click on "New Email."

⟦Redacted⟧

41. Send an email to all managers and supervisors of the following sections:
    a. Armed and Prohibited Persons Section
    b. Firearms Records Section
    c. Firearms Applicant and Release Section
    d. Background Clearance Unit Section
    e. Reporting and QA Section

42. In the Subject field type, Restoration of Firearm Rights Granted.

| Subject | RE: Restoration Of Firearm Rights Granted |

43. In the body of the email include the following information:
    a. Enter the current date in the heading "(mm/dd/yyyy) RIGHTS GRANTED."
    b. Enter in the restorations you processed.




**CALIFORNIA DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS**

**Mental Health Unit
Restoration of Rights Procedures**

---

    c. Multiple entries are listed in alphabetical order by last name.
    d. Last Name, First Name in all capital letters.
    e. DOB: mm/dd/yyyy.
    f. If 5250, enter "5250 – Restored in CA, but will remain in NICS to uphold federal lifetime prohibition."



44. Verify email is accurate and complete and hit "Send."

45. File the charts in the File Room.
    a. Alphabetical by Last Name.
    b. 5250 restorations are on the top shelf, 5150 restorations are below.
    c. "No Hit" restorations are filed with 5150 restorations.