James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1, *et al.*,<br><br>                    Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>       and<br><br>XAVIER BECERRA,<br><br>                    Defendants. | Case No. 1:19-cv-00270-DAD-BAM<br><br>**FEDERAL DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, the Federal Defendants hereby respond to Plaintiffs' First Set of Interrogatories ("First ROGs") as set forth below.

**GENERAL OBJECTIONS**

1.    The general objections set forth below apply to each and every interrogatory discussed below. In asserting Federal Defendants' objections to specific interrogatories, Federal Defendants may assert an objection that is the same as, or substantially similar to, one or more of these general objections.  Federal Defendants may do so because the language of the interrogatory itself may signal particular and specific concerns that the interrogatory at issue may be objectionable based on the grounds stated.  The fact that Federal Defendants may specifically reference some of the general objections described immediately below in their objections to

1  Plaintiffs' individual interrogatories, but not others from the same list, does not indicate that

2  Federal Defendants have waived any of these objections as to any of Plaintiffs' interrogatories.

3      2.    Federal Defendants object to Plaintiffs' First ROGs to the extent that they seek (a)

4  attorney work product; (b) communications protected by the attorney-client privilege; (c)

5  information protected by the deliberative process privilege or law enforcement privilege; (d)

6  material the disclosure of which would violate legitimate privacy interests and expectations of

7  persons not party to this litigation; (e) information protected by any form of executive privilege;

8  or (f) information covered by any other applicable privilege or protection.

9      3.    Federal Defendants object to the Definitions that accompany the First ROGs to

10  the extent that these sections purport to impose obligations beyond the requirements of the

11  Federal Rules of Civil Procedure or the Local Rules of the U.S. District Court for the Northern

12  District of California.

13      4.    Federal Defendants object to the definition of the term "party" to the extent that

14  "party" calls for discovery from all affiliates, agents, employees, and personnel.  Federal

15  Defendants include numerous components and employ tens of thousands of individuals.  Any

16  search effort directed toward all such individuals would be massively burdensome and

17  disproportionate to the needs of this case.  Federal Defendants will identify appropriate

18  individuals and will conduct reasonable inquiries.  *See, e.g., In re Epipen*, MDL No. 2785, 2018

19  WL 1440923, at *2 (D. Kan. Mar. 15, 2018) ("[T]he party responding to discovery requests is

20  typically in the best position to know and identify those individuals within its organization likely

21  to have information relevant to the case.").

22

**RESERVATION OF OBJECTIONS**

The foregoing objections to the Definitions and the following specific objections are based upon (a) Federal Defendants' interpretation of the interrogatories served by Plaintiffs and (b) information reasonably available to Federal Defendants as of the date of this document. Federal Defendants reserve the right to supplement these objections based upon (a) information that Plaintiffs purport to interpret the interrogatories differently than Federal Defendants and/or (b) the discovery of new information supporting additional objections.

**INTERROGATORY #1**

Identify each and every authority (including but not limited to laws, regulations, and letter rulings) the United States Government relies on to interpret 18 U.S.C. § 922(g)(4) as part of the federal background check system, also known as the National Instant Criminal Background Check System (NICS), also known as FBI-NICS.

**RESPONSE:**

Federal Defendants incorporate by reference the above General Objections.

Subject to, and without waiving the forgoing objections, the Federal Defendants state as follows:

Federal Defendants object to this interrogatory because it seeks legal conclusions, and does not relate to opinions, fact or the application of law to fact.

**INTERROGATORY #2**

Identify each and every authority (including but not limited to laws, regulations, and letter rulings) the Unites States Government relies on to enforce 18 U.S.C. § 922(g)(4) through the federal background check system, also known as the National Instant Criminal Background Check System (NICS), also known as FBI-NICS.

**RESPONSE:**

Federal Defendants incorporate by reference the above General Objections.

Subject to, and without waiving the forgoing objections, the Federal Defendants state as follows:

Federal Defendants object to this interrogatory because it seeks legal conclusions, and does not relate to opinions, fact or the application of law to fact.

**INTERROGATORY #3**

Identify each and every authority (including but not limited to laws, regulations, and letter rulings) the Unites States Government relies on to interpret 34 U.S.C. § 40915 et seq.

**RESPONSE:**

Federal Defendants incorporate by reference the above General Objections.

Subject to, and without waiving the forgoing objections, the Federal Defendants state as follows:

Federal Defendants object to this interrogatory because it seeks legal conclusions, and does not relate to opinions, fact or the application of law to fact.

**INTERROGATORY #4**

If your response to any of the accompanying requests for admissions is anything but an unqualified admission, please state the number of the request and state all facts upon which you base your response.

**RESPONSE:**

Federal Defendants incorporate by reference the above General Objections.

Subject to, and without waiving the forgoing objections, the Federal Defendants state as follows:

As Federal Defendants stated in response to Requests for Admission 1 through 9, Plaintiffs only have standing to pursue their claims against the Federal Defendants if they are suffering a concrete and particularized injury that can be fairly traced to the conduct of the Federal Defendants, and could be remedied by the district court. (The Second Amendment Foundation can assert such claims on behalf of its members.) That question is obviously fact-intensive, and discovery in this case is ongoing. Moreover, even if the Federal Defendants concluded at the close of discovery that they did not wish to challenge the standing of any plaintiff, the district court would still be obliged to assure itself of each plaintiff's standing, and therefore its own jurisdiction.

As Federal Defendants stated in response to Requests for Admission 10 through 17, for each individual plaintiff, the National Instant Criminal Background Check System (NICS) Index records indicate that the plaintiff is prohibited from possessing a firearm because he or she has been adjudicated as a "mental defective" or committed to a mental institution. For each individual plaintiff, NICS Index records indicate that a state agency submitted the information leading to this prohibition. On the basis of these records, Federal Defendants believe that each

1 | plaintiff is barred from possessing a firearm under 18 U.S.C. § 922(g)(4), because of a
2 | determination made under state law.

        Respectfully submitted this 29th day of September, 2020,

        JEFFREY BOSSERT CLARK
        Acting Assistant Attorney General

        LESLEY FARBY
        Assistant Director
        Federal Programs Branch

        */s/ James Bickford*
        JAMES BICKFORD
        Trial Attorney
        Federal Programs Branch
        Civil Division
        U.S. Department of Justice
        1100 L Street, NW
        Washington, DC 20530
        Telephone: (202) 305-7632
        James.Bickford@usdoj.gov

        *Attorneys for Federal Defendants*