# Appendix II: State Options for Conducting Background Checks using the National Instant Criminal Background Check System

States have three options for conducting NICS checks, referred to as full point of contact (full POC), non-POC, and partial POC. As detailed in a 2008 report funded by DOJ, in full-POC states, Federal Firearms Licensees first query the NICS databases and related state files through one or more state organizations, such as local or state law enforcement agencies—known as points of contact—and then, if necessary, the staff of the POCs carry out any required follow-up research.[1] In non-POC states, Federal Firearm Licensees contact the NICS Operations Center directly by telephone or via the Internet and any required follow-up research is performed by the NICS's FBI staff. In partial POC states, Federal Firearm Licensees query NICS and state files through a point of contact for handgun purchases or permits but query NICS directly for long gun purchases, such as shotguns or rifles. Figure 2 shows the distribution of POC states, partial-POC, and non-POC states.

---

[1] J. M. Tien, et. al, *Cost-Benefit of Point-of-Contact (POC) Versus Non-POC Firearm Eligibility Background Checks,* 2001-RU-BX-K002 (2008)

**Figure 2: Point of Contact States as of October 2011**



Source: GAO analysis of DOJ data; Map Resources (map).

According to the DOJ-funded report, states elect POC or non-POC status for various reasons, such as a state's attitude toward gun ownership, since many POC states have prohibiting legislation that is stricter than federal regulations. For example, Oregon has five statutorily prohibiting categories of misdemeanor convictions in addition to domestic violence—which is the only prohibiting misdemeanor required under federal law. Additionally, there may be an economic incentive for states to elect non-POC status, since implementing and operating a POC may cost a state more money than it can collect in fees charged to Federal Firearm Licensees for conducting background checks. For example, the authors

**Appendix II: State Options for Conducting Background Checks using the National Instant Criminal Background Check System**

reported that Idaho elected not to become a full-POC state because of the added expense of performing background checks for long gun purchases.