# NICS Improvement Amendments Act of 2007
## List of States with Qualified 922(d)(4)/(g)(4) Relief Programs

| **2009 Approved Certifications (3)** | **Statutory Authority** |
|---|---|
| Nevada | Nevada Revised Statutes § 179A.163 |
| New York | New York Consolidated Laws § 13.09(g) |
| Oregon | O.R.S. § 161.387(1); Oregon PSRB Order #2-2011 |

**2010 Approved Certifications (6)**

| | |
|---|---|
| Florida | Florida Statutes § 790.065(d) |
| Idaho | Idaho Code § 66-356 |
| Illinois (through Illinois State Police) | Illinois Code § 430 ILCS 65/10(c) |
| New Jersey | New Jersey Statutes §§ 30:4-80.8 – 30:4-80.10 |
| Texas | Texas Code § 574.088 |
| Wisconsin | Wisconsin Statutes §§ 51.20, 51.45, 54.10, 55.12 |

**2011 Approved Certifications (6*)**

| | |
|---|---|
| Arizona | Arizona Revised Statutes § 13-925 |
| ~~Connecticut*~~ | ~~Connecticut General Statutes § 45a-100~~ |
| Iowa | Iowa Code § 724.31 |
| Kansas | Kansas Statutes § 75-7c27 |
| Kentucky | Kentucky Revised Statutes § 237.108 |
| North Dakota | North Dakota Century Code § 62.1-02-01.2 |
| Virginia | Virginia Code §§ 18:2-308.1:1 – 18:2-308.1:3 |

**2012 Approved Certifications (4)**

| | |
|---|---|
| Indiana | Indiana Code §§ 33-23-15-1 - 33-23-15-3 |
| Nebraska | Nebraska Revised Statutes § 71-963 |
| Missouri | Missouri Revised Statute § 571.092 |
| West Virginia | West Virginia Code § 61-7A-5 |

**2013 Approved Certifications (4)**

| | |
|---|---|
| Alabama | Alabama Code § 22-52-10.8(b) |
| Delaware | 11 Delaware Code § 1448A(j); 15 DE Reg. 1286 |
| Louisiana | Louisiana Revised Statutes § 28:57 |
| Maryland | Code of Maryland § 5-133.3 |

**2014 Approved Certifications (4)**

| | |
|---|---|
| Alaska | Alaska Statutes § 47.30.851 |
| Hawaii | Hawaii Revised Statutes § 134 |
| South Carolina | South Carolina Code of Laws § 23-31-1030 |
| Utah | Utah Code § 76-10-532 |

**2015 Approved Certifications (2)**

| | |
|---|---|
| Oklahoma | Oklahoma Statutes § 21 O.S. 1290.11 |
| Tennessee | Tennessee Code Annotated § 16-10-213 |

**2016 Approved Certifications (3)**

| | |
|---|---|
| Massachusetts | Mass Gen Laws Chapter 123 § 36C (eff. 1/1/15) |
| New Mexico | New Mexico Statutes § 34-9-19(D) |
| North Carolina | North Carolina Gen. Stat. § 122C-54.1 |

**2019 Approved Certifications (1)**

| | |
|---|---|
| Pennsylvania | Penn Consolidated Statutes, 18 Pa.C.S. 6105(f) |

**Other Qualified Relief Programs (but not State Certified) (1)**

| | |
|---|---|
| Colorado | Colorado Revised Stat. § 13-5-142.5 |

**\*Connecticut's 2011 certification is no longer considered qualified or approved by ATF due to 2013 changes in CT Mental Health Law. CT must reapply to ATF for approval.**

**Total State Certified and ATF Approved Relief Programs: (33)**
**Total Qualified Relief Programs: (34)**          Updated: 12/13/19