1   Donald E. J. Kilmer, Jr. [SBN: 179986]
2   Email: don@dklawoffice.com
    Jessica L. Danielski [SBN: 308940]
3   Email: jessica@dklawoffice.com
4   LAW OFFICES OF DONALD KILMER, APC
    14085 Silver Ridge Road
5   Caldwell, Idaho 83607
6   Voice:  (408) 264-8489

7
    Jason Davis [SBN: 224250]
8   Email: jason@calgunlawyers.com
9   THE DAVIS LAW FIRM
    27201 Pureta Real, Suite 300
10  Mission Viejo, California  92691
11  Voice: (949) 436-4867
    Fax:    (888) 624-4867
12

13  Attorneys for Plaintiffs
    JANE ROE #1, et al.
14

15              **UNITED STATES DISTRICT COURT**
16
                **EASTERN DISTRICT OF CALIFORNIA**
17

18  JANE ROE #1; JANE ROE #2; JOHN      )   Case No.: 1:19-CV-270-DAD-BAM
19  DOE #1; JOHN DOE #2; JOHN DOE       )
    #3; JOHN DOE #4; JOHN DOE #5;       )   PLAINTIFFS' NOTICE OF
20  JOHN DOE #6; SECOND                 )   MOTION FOR SUMMARY
21  AMENDMENT FOUNDATION, INC.,         )   JUDGMENT AND/OR SUMMARY
                                        )   ADJUDICATION
22              Plaintiffs,             )
                                        )
23                                      )   Local Rule 230(b)
24      vs.                             )   Standing Orders 2-1, 2-2
                                        )
25  UNITED STATES OF AMERICA;           )
26  UNITED STATES DEPARTMENT OF         )
    JUSTICE; FEDERAL BUREAU OF          )
27  INVESTIGATION; BUREAU OF            )
28  ALCOHOL, TOBACCO, FIREARMS          )

Donald Kilmer
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.
com

Plaintiffs Notice of Motion - MSJ                    *Jane Roe #1, et al., v. United States, et al.*

1  AND EXPLOSIVES; WILLIAM P.          )
2  BARR (U.S. Attorney General),       )
   CHRISTOPHER A. WRAY (Director,      )
3  Federal Bureau of Investigation);   )
4  REGINA LOMBARDO (Acting Deputy      )
   Director, Bureau of Alcohol, Tobacco, )
5  Firearms and Explosives); XAVIER    )
6  BECERRA (California Attorney         )
   General),                           )
7                                      )
                                       )
8              Defendants.             )
                                       )
9  _____)

10

11        Pursuant to Local Rule 230(b), Standing Orders 2-1 and 2-2, and

12 this Court's gentler reminder (Doc No. 73), Plaintiffs hereby submit this

13
14 Notice of Motion for the Summary Judgment and/or Summary

15 Adjudication based on documents filed with the Court on March 22,

16
17 2021. (Doc. Nos. 63-72).

18        On August 17, 2021 (3rd Tuesday of the month) at 9:30 a.m., in

19
20 Courtroom 5, 7th Floor, at the Robert E. Coyle Federal Courthouse, 2500

21 Tulare Street, Fresno, California 93721, or by video-conference or

22
23 teleconference, due to ongoing emergency Covid precautions, or as soon

24 thereafter as the matter may be hear, the Plaintiffs will move this Court

25
26 for an order of Summary Judgment and/or Summary Adjudication of

27 Plaintiffs claims.

28

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.
com

2

Plaintiffs Notice of Motion - MSJ          *Jane Roe #1, et al., v. United States, et al.*

1
2
3
     The parties have met and conferred regarding the matters pending in this case.  The date set forth above for the motion was chosen in light of the agreed upon briefing schedule of the parties (Doc. 63) and

4
5
6
available dates of counsel.

7
  Meet and confer discussions have resulted in a dismissal of two

8
9
plaintiffs (Doc Nos. 56 & 75).

10
  The parties have continued to discuss possible settlement of the

11
12
matter without decision and those efforts are continuing.

13
  Furthermore, the parties are continuing their discussions to substitute

14
15
Plaintiffs Statement of Undisputed Facts (Doc No. 64) for a Joint

16
Statement of Undisputed Facts.

17
Respectfully Submitted,

18
19
Date: March 30, 2021

20
/s/ Donald Kilmer

21
Attorney for the Plaintiffs

22
23
24
25
26
27
28

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

3

Plaintiffs Notice of Motion - MSJ              *Jane Roe #1, et al., v. United States, et al.*