James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br> and <br> MATTHEW RODRIQUEZ, <br><br> Defendants. | Case No. 1:19-cv-00270-DAD-BAM <br><br> **STIPULATION TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE** |

The Federal Defendants respectfully request a two-week extension of all summary judgment briefing deadlines in this case. Since plaintiffs filed their motion for summary judgment on March 22, undersigned counsel has been responsible for opposing motions for a temporary restraining order and/or preliminary injunction in *AvMed, Inc. v. Becerra*, No. 20-cv-3385 (D.D.C.), in which he filed briefs on March 29 and April 20; and *Grand Canyon University v. Cardona*, No. 21-cv-566 (D. Ariz.), in which he filed a brief on April 8 and argued on April 12. In addition to these responsibilities, undersigned counsel opposed a motion for attorneys' fees on April 16 in *Olsen v. Becerra*, No. 20-cv-374 (E.D. Wash.); and will answer a 64-

page complaint this Friday, April 23 in *Grand Canyon University v. Cardona*, No. 21-cv-177 (D. Ariz.).  This unusual press of business, a significant portion of which was unexpected, provides good cause for the extension that is sought here.  In addition, undersigned counsel is scheduled to receive a second dose of coronavirus vaccine on the morning of April 26, when the Federal Defendants' brief would otherwise be due.

The Federal Defendants respectfully ask that this Court enter the following schedule for the remainder of summary judgment briefing in this case:

| | |
|---|---|
| Defendants' Cross-Motion for Summary Judgment | May 10, 2021 |
| Plaintiffs' Opposition and Reply | June 1, 2021 |
| Defendants' Reply | June 22, 2021 |

Repectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Director
Federal Programs Branch

 */s/ James Bickford*
JAMES BICKFORD
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Federal Defendants*

## STIPULATION

All parties to this litigation hereby stipulate to the following schedule for the completion of summary judgment briefing:

| | |
|---|---|
| Defendants' Cross-Motion for Summary Judgment | May 10, 2021 |
| Plaintiffs' Opposition and Reply | June 1, 2021 |
| Defendants' Reply | June 22, 2021 |

*/s/ Donald Kilmer*
Attorney for the Plaintiffs
(Approved Apr. 21, 2021| L.R. 131(e))

*/s/ Nelson Richards*
Attorney for Defendant Rodriquez
(Approved Apr. 21, 2021| L.R. 131(e))

*/s/ James Bickford*
Attorney for the Federal Defendants

Date: April 21, 2021

**IT IS SO ORDERED** this _____ day of _____, 2021.

Barbara A. McAuliffe
United States Magistrate Judge