ROB BONTA, State Bar No. 202668
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
NELSON R. RICHARDS, State Bar No. 246996
RYAN A. HANLEY, State Bar No. 330729
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7867
  Fax:  (916) 324-8835
  E-mail:  Nelson.Richards@doj.ca.gov
*Attorneys for Defendant the California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE ROE #1, et al.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>                                    Defendants. | 1:19-cv-00270<br><br>**NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     Aug. 17, 2021<br>Time:    9:30 a.m.<br>Judge:   Hon. Dale A. Drozd |

**NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT on August 17, 2021 at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Dale A. Drozd in Courtroom 5, 7th Floor of the Robert E. Coyle U.S. Courthouse, located at 2500 Tulare Street, Fresno, California 93721, the Court will hear the cross-motion for summary judgment filed by Defendant Rob Bonta, in his official capacity as Attorney General of the State of California.

The California Attorney General moves to for summary judgment under to Federal Rule of Civil Procedure 56 on the grounds that there is no genuine dispute as to any material fact and the he is entitled to a judgment as a matter of law on all claims and defenses. In particular, the California Attorney General is entitled to judgment as a matter of law as follows:

1. The First Cause of Action (First Am. Compl. (FAC) ¶¶ 45-47, ECF No. 36) is foreclosed by *Mai v. United States*, 952 F.3d 1106 (9th Cir. 2020); is barred by the doctrine of sovereign immunity; is barred because Plaintiffs lack standing to challenge any California statute; and does not state a claim against the California Attorney General;

2. The Fourth Cause of Action (FAC ¶¶ 56-59) is barred by the doctrine of sovereign immunity; is foreclosed because Plaintiffs lack standing to challenge any California statute; and fails as a matter of law on the merits;

3. The Fifth Cause of Action (FAC ¶¶ 56-59) fails as a matter of law on the merits;

4. The demand for money damages (FAC at 27, ¶ E) is barred by the doctrine of sovereign immunity; and,

5. To the extent any claims are remaining, Plaintiffs have not pursued them, and they fail on the merits or they have been waived.

This motion is based on:

A. This filing;

B. The concurrently filed Opposition to Plaintiffs' Motion for Summary Judgment and Memorandum of Points and Authorities in Support of the Cross-Motion for Summary Judgment of Defendant California Attorney General;

1

Def. Cal. Att'y Gen.'s Cross-Mot. for Summ. J. (1:19-cv-00270)

C. The California Attorney General's Statement of Undisputed Facts in Support of Cross-Motion for Summary Judgment and the evidence and documents submitted in support of that statement;

D. The California Attorney General's Response to Plaintiffs' Statement of Undisputed Facts;

E. The papers and pleadings on file in this action; and

F. Upon such matters as may be presented to the Court at the time of the hearing.

Dated: May 10, 2021

Respectfully Submitted,

ROB BONTA
Acting Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
RYAN A. HANLEY
Deputy Attorney General

/s/ Nelson Richards
NELSON R. RICHARDS
Deputy Attorney General
*Attorneys for Defendant California Attorney General*

2

Def. Cal. Att'y Gen.'s Cross-Mot. for Summ. J. (1:19-cv-00270)

## CERTIFICATE OF SERVICE

Case Name: **Jane Roe #1, et al. v. United States of America, et al.**   No.   **1:19-cv-00270**

I hereby certify that on <u>May 10, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 10, 2021</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2019101161
35084439.docx