Case 1:19-cv-00270-NODJ-BAM   Document 81-2   Filed 05/10/21   Page 1 of 6

ROB BONTA, State Bar No. 202668
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
NELSON R. RICHARDS, State Bar No. 246996
RYAN A. HANLEY, State Bar No. 330729
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7867
  Fax:  (916) 324-8835
  E-mail:  Nelson.Richards@doj.ca.gov
*Attorneys for Defendant the California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE ROE #1, et al.,**<br><br>                            Plaintiffs,<br><br>    v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>                            Defendants. | 1:19-cv-00270<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE CALIFORNIA ATTORNEY GENERAL'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         Aug. 17, 2021<br>Time:        9:30 a.m.<br>Judge:       Hon. Dale A. Drozd |

Def. Cal. Att'y Gen.'s Statement of Undisputed Facts (1:19-cv-00270)

Pursuant to Local Rule 260(a), Defendant Rob Bonta, in his official capacity as the California Attorney General, submits the following Statement of Undisputed Facts in support of his cross-motion for summary judgment, together with references to supporting evidence.

## STATEMENT OF UNDISPUTED FACTS

| | Undisputed Facts | Supporting Evidence |
|---|---|---|
| 1. | The California Department of Justice's Mental Health Reporting System records information entered by mental health facilities, including the facility's name and contact information, as well as the name and other identifying information on the person subject to the 5250 hold. | Declaration of Gilbert Mac in Support of Defendant California Attorney General's Cross-Motion for Summary Judgment (Mac Decl.) ¶ 20. |
| 2. | When a mental health facility enters information into the Mental Health Reporting System, that system automatically creates an entry in another system called the Mental Health Firearms Prohibition System. | Mac Decl. ¶¶ 20-21. |
| 3. | Once information enters the Mental Health Firearms Prohibition System, the system automatically creates a record in NICS, resulting in an entry in both systems.. | Mac. Decl. ¶ 32. |

| | | | |
|---|---|---|---|
| | 4. | Neither the Bureau of Firearms specifically, nor the California Department of Justice generally, participates in the certification review hearings or in judicial review in the superior court. Mental health facilities administer those processes under the Lanterman-Petris-Short Act. | Mac Decl. ¶ 13. |
| | 5. | The Bureau of Firearms has no way to independently assess assertions of error by a person who has an entry in the Mental Health Reporting System or Mental Health Firearms Prohibition System. All it has are the entries in its databases, which contain information entered by mental health facilities. | Mac Decl. ¶ 26. |
| | 6. | People who believe that a mental health facility has entered erroneous information into the Mental Health Reporting System may address their concern with the facility. | Mac Decl. ¶¶ 25-26. |
| | 7. | A mental health facility that has submitted incorrect or erroneous information into the Mental Health Reporting System may correct the information or remove the entry in its entirety from that system and the Mental Health Firearms Prohibition System | Mac Decl. ¶¶ 25-26. |
| | 8. | The California Department of Justice does not have a policy of second guessing or disputing changes in the Mental Health | Mac Decl. ¶ 26. |

| | | |
|---|---|---|
| | Reporting System made by mental health facilities. | |
| 9. | Jane Roe #1 does not have an entry in California's Mental Health Firearms Prohibition System and no California law currently prohibits her from possessing a firearm. | Mac Decl. ¶ 36. |
| 10. | John Doe #1 does not have an entry in California's Mental Health Firearms Prohibition System, and no California law currently prohibits him from possessing a firearm. | Mac Decl. ¶ 39. |
| 11. | John Doe #2 does not have an entry in California's Mental Health Firearms Prohibition System, and no California law currently prohibits him from possessing a firearm. | Mac Decl. ¶ 41. |
| 12. | The mental health facility that treated John Doe #3 in 2012 reported a 5250 hold to the California Department of Justice. | Mac Decl. ¶¶ 45-47. |
| 13. | No California law currently prohibits John Doe #3 from possessing a firearm. | Mac Decl. ¶¶ 43-44. |
| 14. | No California law currently prohibits John Doe #4 from possessing a firearm. | Mac Decl. ¶¶ 48-49. |
| 15. | No California law currently prohibits John Doe #4 from possessing a firearm. | Mac Decl. ¶¶ 50-51. |

| | | |
|---|---|---|
| 16. | The First Amended Complaint does not challenge the validity of any laws codified by the State of California. | Pls.' Resps. to Interrogs. Propounded by Defendant Xavier Becerra (Pls.' Interrog. Resps.), Resp. #1, attached as Exhibit A to the Declaration of Ryan Hanley in Support of the California Attorney General's Cross-Motion for Summary Judgment (Hanley Decl.). |
| 17. | The "law" referred to in paragraph 47 of the First Amended Complaint does not include California Welfare and Institutions Code § 5250. | Pls.' Interrog. Resps., Resp. #3. |

Dated: May 10, 2021

Respectfully Submitted,

ROB BONTA
Acting Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
RYAN A. HANLEY
Deputy Attorney General


/s/ Nelson Richards
NELSON R. RICHARDS
Deputy Attorney General
*Attorneys for Defendant California Attorney General*

# CERTIFICATE OF SERVICE

| Case Name: | **Jane Roe #1, et al. v. United States of America, et al.** | No. | **1:19-cv-00270** |
|---|---|---|---|

I hereby certify that on May 10, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE CALIFORNIA ATTORNEY GENERAL'S CROSS-MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 10, 2021, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2019101161
35084449.docx