James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>and<br><br>ROBERT BONTA,<br><br>Defendants. | Case No. 1:19-cv-00270-DAD-BAM<br><br>**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date and Time : Aug. 17, 2021, 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

1. Notice is hereby given that the Federal Defendants—the United States of America; the U.S. Department of Justice and its Attorney General; the Federal Bureau of Investigation and its Director; and the Bureau of Alcohol, Tobacco, Firearms, and Explosives and its Acting Director—will and do hereby cross-move for summary judgment on all claims brought against them in this case, pursuant to Federal Rule of Civil Procedure 56. This motion is based on the memorandum of points and authorities and the other papers filed herewith.

2. The parties have discussed the merits of Plaintiffs' claims by phone many times over the course of this litigation, and most recently on April 5, 2021, but have not been able to reach an amicable resolution of any of the substantive issues presented in the Federal Defendants' cross-motion for summaru judgment.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Director
Federal Programs Branch

 /s/ James Bickford
JAMES BICKFORD
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Federal Defendants*