Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:   (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>PLAINTIFFS' REPONSE TO FEDERAL DEFENDANTS' STATEMENT OF UNDISPUTED FACTS (Docs # 82-2 and 83-1) |

1

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.
com

Plaintiffs' Response to Fed. Govt's SUF                    *Jane Roe #1, et al., v. United States, et al.*

1 | AND EXPLOSIVES; WILLIAM P.                    )
2 | BARR (U.S. Attorney General),                 )
3 | CHRISTOPHER A. WRAY (Director,                )
  | Federal Bureau of Investigation);            )
4 | REGINA LOMBARDO (Acting Deputy               )
5 | Director, Bureau of Alcohol, Tobacco,        )
  | Firearms and Explosives); XAVIER             )
6 | BECERRA (California Attorney                  )
7 | General),                                     )
  |                                               )
8 |          Defendants.                          )
9 | _____ )

Pursuant to Lcoal Rule 260(b), and Fed.R.Civ.P 56(c), Plaintiffs' hereby submit this Response to the California Defendants' Statement of Undisputed Facts.

| No. | Defendant Federal Government's Undisputed Fact | Plaintiffs' Response |
|---|---|---|
| 1. | A certification review hearing for John Doe 3 was held on June 15, 2012. See Bates 42 produced with Plaintiffs' initial disclosures. | Undisputed. |
| 2. | At that hearing, it was determined that probable cause existed to hold John Doe 3 for not more than 14 days of intensive treatment, because of his grave disability. See Bates 42 produced with Plaintiffs' initial disclosure. | Disputed.<br><br>The document in possession of Plaintiffs is of poor quality and open to multiple interpretations.<br><br>The document can be submitted under seal to the Court if so ordered. |

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

Plaintiffs' Response to Fed. Govt's SUF                    *Jane Roe #1, et al., v. United States, et al.*

| | | Further response: John Doe 3's recollection of the event differs from the record and from Defendants' characterization of the hearing. |
|---|---|---|
| 3. | The record of that hearing indicates that John Doe 3 had his "weapons confiscated at time of 5150." See Bates 42 produced with Plaintiffs' initial disclosures. | Disputed.<br><br>The document in possession of Plaintiffs is of poor quality and open to multiple interpretations.<br><br>The document can be submitted under seal to the Court if so ordered.<br><br>Further response: John Doe 3's recollection of the event differs from the record and Defendants' characterization of the hearing. |

Respectfully Submitted on June 1, 2021,

 /s/ *Donald Kilmer*, Attorney for Plaintiffs
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Donald Kilmer
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.
com

Plaintiffs' Response to Fed. Govt's SUF                    *Jane Roe #1, et al., v. United States, et al.*