Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: jessica@dklawoffice.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice:  (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
27201 Pureta Real, Suite 300
Mission Viejo, California  92691
Voice: (949) 436-4867
Fax:    (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JANE ROE #2; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; SECOND AMENDMENT FOUNDATION,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS | Case No.: 1:19-CV-270-DAD-BAM<br><br>DECLARATION OF DONALD KILMER (COUNSEL OF RECORD) in response to (Doc 81-5) DECLARATION OF RYAN A. HANLEY IN SUPPORT OF DEFENDANTS CALIFORNIA ATTORNEY GENERAL'S CROSS-MOTION FOR SUMMARY JUDGMENT |

1

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.
com

1  AND EXPLOSIVES; WILLIAM P.        )
2  BARR (U.S. Attorney General),      )
   CHRISTOPHER A. WRAY (Director,     )
3  Federal Bureau of Investigation);  )
4  REGINA LOMBARDO (Acting Deputy     )
   Director, Bureau of Alcohol, Tobacco, )
5  Firearms and Explosives); XAVIER   )
6  BECERRA (California Attorney        )
   General),                          )
7                                     )
8            Defendants.              )
9  _____ )

10
11        I, Donald Kilmer, declare as follows:

12  1.  I am counsel of record for the plaintiffs in the above-entitled matter.  I
13
14      am also the custodian of records for my law firm.

15  2.  As part of my duties in this case I conducted and responded to formal
16
17      discovery in this matter.

18  3.  The DECLARATION OF RYAN A. HANLEY IN SUPPORT OF
19
20      DEFENDANTS CALIFORNIA ATTORNEY GENERAL'S CROSS-
21
        MOTION FOR SUMMARY JUDGMENT (Doc # 81-5) includes a true
22
23      and correct copy of interrogatory responses served by my office in this
24      matter.

25  4.  The date of that discovery response was November 17, 2020.  At the
26
27      time the interrogatory responses were served, they were true and
28      correct based on the best information available to my office at that time.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.
com

DECL – Alan Gottlieb: SAF                    *Jane Roe #1, et al., v. United States, et al.*

5. The Court should note that the Interrogatory Response included a caveat the case was still developing, and that Interrogatory Responses may be altered or modified as new facts/law were uncovered.

6. Subsequent to service of that discovery response, the evidentiary standard (probable cause) for a mental health hold under Welfare and Institutions Code § 5250, pursuant to Welfare and Institutions Code § 5256.6 was uncovered after further research in this case.  Specifically, that language is used in the commitment order for John Doe #3, and upon further research it was discovered that § 5256.6 applied to all hearings under both §§ 5150 and 5250.

7. There is no prejudice to the Defendants for the following reasons:

    a. The First Amended Complaint fairly puts all defendants on notice that the constitutionality of state law is at issue.

    b. If this Court wants to stay the Motions for Summary Judgment, and order Plaintiffs, to file a Second Amended Complaint, to specifically allege the unconstitutionally of § 5356.6, Plaintiffs are happy to comply, and will stipulate that Defendant California may amend (or refile) its motion for summary judgment after the Second Amended Complaint is filed.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com

DECL – Alan Gottlieb: SAF                                    *Jane Roe #1, et al., v. United States, et al.*

c.  However, if judgment is entered for the Defendants, the claim that § 5256.6 is unconstitutional will remain an unadjudicated claim that will be filed again, by these or other similarly situated plaintiffs.

d.  Moreover, the First Amended Complaint fairly puts all defendants on notice that <u>procedural due process</u> is at issue this case.

e.  Even if the Plaintiffs had had the foresight to specifically fact-plead the unconstitutionality of § 5256.6, there is nothing the Defendants could have done to defend against that specific factual claim that they have not already fully litigated in this action. (i.e., assert the usual sovereign immunity and standing arguments.)

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: June 1, 2021,            *Donald Kilmer*
                               Donald Kilmer, Attorney for Plaintiffs

DECL – Alan Gottlieb: SAF                    *Jane Roe #1, et al., v. United States, et al.*

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge
Road, Caldwell, ID
Vc: 408/264-8489
don@dklawoffice.com