Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: j.danielski@yahoo.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice: (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
42690 Rio Nedo, Suite F
Temecula, California 92590
Voice: (949) 436-4867
Fax:   (888) 624-4867

Attorneys for Plaintiffs
JANE ROE #1, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK GARLAND (U.S. Attorney General), | Case No.: 1:19-CV-270-DAD-BAM <br><br> NOTICE OF SUPPLEMENTAL AUTHORITY <br><br> CROSS-MOTIONS FOR SUMMARY JUDGMENT HAVE BEEN SUBMITTED ON THE BRIEFS <br><br> PLAINTIFFS' MOTION TO AMEND HAS BEEN SUBMITTED ON THE BRIEFS |

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); ROB BONTA )
(California Attorney General), DOES 1 )
TO 100. )
            Defendants. )

On June 23, 2022, the U.S. Supreme Court issued its opinion in *N.R. State Rifle & Pistol Ass'n v. Bruen,* 2022 U.S. LEXIS 3055, 29 Fla. L. Weekly Fed. S 440, __ S.Ct. __, 2022 WL 2251305. A copy of the slip opinion is attached.

The case not only resolved the underlying issues related to public carry of firearms for self-defense, but the Court also set forth a superseding mode of analysis for Second Amendment cases.

Upon learning of this decision, plaintiffs contacted counsel for the defendants to propose a joint motion for supplemental briefing in this case considering the holdings in *Bruen.* Government bureaucracies being what they are, defense counsels' clients have not been able to reach a decision on this matter yet.

Plaintiffs submit this Notice of Supplemental Authority now, notwithstanding the parties on-going discussions about filing a joint motion for supplemental briefing.

Of course, the Court could, on its own motion, order the parties to file supplemental briefs.

Respectfully Submitted on July 8, 2022,

   /s/ Donald Kilmer

Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

2

NOTICE OF SUPPLEMENTAL AUTHORITY      *Jane Roe #1, et al., v. United States, et al.*