1  Donald E. J. Kilmer, Jr. [SBN: 179986]
2  Email: don@dklawoffice.com
   Jessica L. Danielski [SBN: 308940]
3  Email: j.danielski@yahoo.com
4  LAW OFFICES OF DONALD KILMER, APC
   14085 Silver Ridge Road
5  Caldwell, Idaho 83607
6  Voice:  (408) 264-8489

7
   Jason Davis [SBN: 224250]
8  Email: jason@calgunlawyers.com
   THE DAVIS LAW FIRM
9  42690 Rio Nedo, Suite F
10 Temecula, California 92590
   Voice: (949) 436-4867
11 Fax:   (888) 624-4867
12

13 Attorneys for Plaintiffs
14 JANE ROE #1, et al.

15
16                    **UNITED STATES DISTRICT COURT**
17                    **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROE #1; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK GARLAND (U.S. Attorney General), | Case No.: 1:19-CV-270-DAD-BAM <br><br> STIPULATION & JOINT MOTION TO SUBMIT SUPPLEMENTAL BRIEFING <br><br> [Proposed] ORDER <br><br> MOTION FOR SUMMARY JUDGMENT IS PENDING <br><br> MOTION TO AMEND COMPLAINT IS PENDING |

1

JOINT MOTION TO SUBMIT SUPPLEMENTAL BRIEFING        Jane Roe #1, et al., v. United States, et al.

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

CHRISTOPHER A. WRAY (Director, )
Federal Bureau of Investigation); )
REGINA LOMBARDO (Acting Deputy )
Director, Bureau of Alcohol, Tobacco, )
Firearms and Explosives); ROB BONTA )
(California Attorney General), DOES 1 )
TO 100. )
            Defendants. )

    On June 23, 2022, the U.S. Supreme Court issued its opinion in *N.Y. State Rifle & Pistol Ass'n v. Bruen,* 2022 U.S. LEXIS 3055, 29 Fla. L. Weekly Fed. S 440, 142 S.Ct. 2111, 2022 WL 2251305.

    On or about July 8, 2022, Plaintiffs filed a notice of that supplemental authority that included a notice that the plaintiffs would attempt to set up a "meet and confer" with the defendants on whether additional briefing is necessary.

    The parties have met and conferred. The Federal Defendants and plaintiffs believe additional briefing are appropriate in this case and may assist the Court in deciding the pending motions for summary judgment.

    The California Attorney General questions whether additional briefing is needed as to the claims alleged against him because it is federal law that prohibits the plaintiffs from possessing a firearm. Thus, it is not clear to the California Attorney General how he or any California statute has infringed the plaintiffs' Second Amendment rights. However, the California Attorney General does not oppose this motion for supplemental briefing.

    With that in mind, the parties propose the following order:

1. Thirty days after this Court files an order for supplemental briefing, the parties shall file simultaneous briefs of not more than ten pages, complying with all other local rules regulating briefs.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

2

JOINT MOTION TO SUBMIT SUPPLEMENTAL BRIEFING     *Jane Roe #1, et al., v. United States, et al.*

2. No responsive briefs or reply briefs will be filed unless specifically requested by the Court.
3. The supplemental briefing shall be limited to explaining whether, and if so, how *N.Y. State Rifle & Pistol Ass'n v. Bruen* applies to the facts and issues before the Court in this case.

**SO STIPULATED.**

Date: August 5, 2022            Date: August 5, 2022

*/s/ Donald Kilmer*             */s/ Jerry Yen*
Attorney for the Plaintiffs     Attorney for Defendant Becerra
                                (Approved Aug. 5, 2022| L.R. 131(e))


Date:  August 5, 2022

*/s/ Martin Tomlinson*
Attorney for U.S. Defendants
(Approved Aug. 5, 2022| L.R. 131(e))

**SO ORDERED.**
   Dated:                       _____

                                United States District Judge

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com