BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch, Civil Division

MARTIN M. TOMLINSON
Senior Trial Counsel (SC Bar No. 76014)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Washington, D.C. 20005
Telephone: (202) 353-4556
Email: martin.m.tomlinson@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK B. GARLAND, in his official capacity as United States Attorney General; CHRISTOPHER A. WRAY, in his official capacity as Director, Federal Bureau of Investigation; MARVIN RICHARDSON, in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives; ROB BONTA, in his official Capacity as California Attorney General, | CASE NO. 1:19-CV-270-DAD-BAM <br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS** |

Defendants.

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 144 of the Local Rules, counsel for the Federal Defendants respectfully moves this Court for an order extending the deadline for the Parties to submit supplemental briefing addressing the possible impact of the Supreme Court's recent decision in *New York State Rifle & Pistol Association v. Bruen*, 142 S. Ct. 2111 (U.S. June 23, 2022) by nine (9) days, until September 8, 2022. Counsel for the Federal Defendants has conferred with counsel for Plaintiffs and for Defendant Rob Bonta, and all parties represented that they do not oppose this request.

There are currently pending cross-motions for summary judgment pending before the Court. *See* ECF Nos. 76, 81, 82, 83, 90, 91, & 92. The Court recently granted the Parties' stipulation that briefing be provided on the impact of *Bruen* on these pending motions, and ordered the Parties to submit such briefing by August 30, 2022. *See* ECF No. 102.

This requested extension is supported by good cause, primarily the press of other business. Undersigned counsel is handling litigation over a recently-issued ATF rule concerning, in part, privately-made firearms, 87 Fed. Reg. 24,652, which now consists of three separate matters – *Division 80, LLC v. Garland, et al.*, No. 3:22-CV-00148 (S.D. Tex.); *Morehouse Enterprises, LLC et al. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al.*, No. 3:22-cv-00116-PDW-ARS (D.N.D.); and *VanDerStok et al. v. Garland, et al.*, No. 4:22-cv-691 (N.D. Tex.) – which required briefing on plaintiffs' respective requests for preliminary injunction prior to the August 24, 2022 effective date of the Final Rule. It has required significant counsel time during the month of August to brief and argue these simultaneous preliminary injunction requests. The Government's response to the third and most recently filed of these actions, *VanDerStok*, is due on August 29, 2022, one day prior to the current due date for supplemental briefing in this matter. Given these time commitments, a brief extension of time is necessary to research, draft, and obtain the required supervisory approval for the supplemental brief in this case. This short extension

will not prejudice any other party in this action. This is the first request for an extension of time of the supplemental briefing deadline by any party.

Dated: August 23, 2022                               Respectfully submitted,

                                                                       BRIAN M. BOYNTON
                                                                       Principal Deputy Assistant Attorney General
                                                                       Civil Division

                                                                       LESLEY FARBY
                                                                       Assistant Branch Director
                                                                       Federal Programs Branch, Civil Division

                                                                        /s/ Martin M. Tomlinson
                                                                       MARTIN M. TOMLINSON
                                                                       Senior Trial Counsel (SC Bar No. 76014)
                                                                       Civil Division, Federal Programs Branch
                                                                       United States Department of Justice
                                                                       1100 L Street, N.W., Washington, D.C. 20005
                                                                       Telephone: (202) 353-4556
                                                                       Email:  martin.m.tomlinson@usdoj.gov
                                                                       *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022, I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: August 23, 2022                                   /s/ Martin M. Tomlinson