# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK B. GARLAND, in his official capacity as United States Attorney General; CHRISTOPHER A. WRAY, in his official capacity as Director, Federal Bureau of Investigation; MARVIN RICHARDSON, in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives; ROB BONTA, in his official Capacity as California Attorney General, <br><br> Defendants. | CASE NO. 1:19-CV-270-DAD-BAM |

## [Proposed] ORDER

Having reviewed the Federal Defendants' Unopposed Motion to Extend Deadline to File Supplemental Briefs,

IT IS HEREBY ORDERED THAT:

Federal Defendants' Motion is GRANTED for good cause shown, and all Parties' Supplemental Briefs shall be filed on or before September 8, 2022.

IT IS SO ORDERED.

DATED: August __, 2022

_____
Honorable Dale A. Drozd
United States District Judge