**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK GARLAND (U.S. Attorney General), CHRISTOPHER A. WRAY (Director, Federal Bureau of Investigation); REGINA LOMBARDO (Acting Deputy Director, Bureau of Alcohol, Tobacco, Firearms and Explosives); ROB BONTA (California Attorney General), DOES 1 TO 100. <br> Defendants. | Case No.: 1:19-CV-270-ADA-BAM <br><br> JOINT STATUS REPORT <br><br> Cross-Motions for Summary Judgment Pending <br><br> Motion to Amend Pending |

JOINT STATUS REPORT                                      *Jane Roe #1, et al., v. United States, et al.*

Pursuant to this Court's Minute Order, filed August 31, 2022 (Document No.: 106), the parties submit the following status report:

1. The procedural history of the case is as follows:
    a. The Court has already issued orders:
        i. Permitting the plaintiffs to proceed under pseudonyms, ECF No. 30.
        ii. Establishing protective orders and procedures to protect the identity of the plaintiffs in all public filings, while permitting the parties full access to identities and records of the parties, ECF No. 21.
        iii. The Court dismissed plaintiffs' 10th Amendment claim (made in an amended complaint) that would have given plaintiffs standing to defend California's statutory restoration scheme, ECF No. 74.
    b. The parties conducted and completed discovery without the necessity of litigating any discovery disputes.
    c. The parties filed cross motions for summary judgment in late-summer of 2021, and those cross motions are fully briefed.  ECF Nos. 76, 81, 82, 83, 90, 91, & 92.
    d. Plaintiffs filed a motion to amend their complaint to conform to proof, and to address a more specific allegation of denial of procedural due process relating to the evidentiary standards of initial mental health determinations made under California Welfare and Institutions Code § 5256.6, ECF No. 87, and Defendants opposed, ECF Nos. 93, 95.
    e. The cross-motions for summary judgment and motion to amend are still pending.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

2

JOINT STATUS REPORT                                                           *Jane Roe #1, et al., v. United States, et al.*

f. The parties filed supplemental briefs, pursuant to stipulation and order, addressing the U.S. Supreme Court's decision in *N.Y. State Rifle & Pistol Ass'n v. Bruen,* __U.S.__, 142 S.Ct. 2111 (2022). ECF Nos. 107, 108, & 109.

2. The parties have not engaged in formal settlement negotiations.
3. The parties have engaged in informal settlement negotiations without success. However, the parties have been very cooperative in reaching agreements on procedural and scheduling issues to conserve court and party resources.
4. On the issues of a Mandatory Settlement Conference before a Magistrate Judge:
   a. Plaintiffs would welcome and consent to a Mandatory Settlement Conference, conducted by zoom, with clients on telephone standby.
   b. Defendants do not believe a Mandatory Settlement Conference would be productive at this time.
5. On the issue of a status conference before Judge de Alba:
   a. Plaintiffs would defer to the court on that issue, as dispositive motions are already pending.
   b. Defendants do not believe that this matter would benefit from a status conference before the parties' pending cross-motions for summary judgment are decided.
6. On the issue of conducting all further proceedings before a U.S. Magistrate Judge:
   a. Plaintiffs would welcome and consent to all further proceedings being conducted before a U.S. Magistrate Judge with direct appeal to the Ninth Circuit.

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

3

JOINT STATUS REPORT                                    *Jane Roe #1, et al., v. United States, et al.*

1      b. Defendants do not consent to further proceedings being conducted before a U.S. Magistrate Judge.

**Respectfully Submitted.**

Date: Sept. 15, 2022

*/s/ Donald Kilmer*

Attorney for the Plaintiffs

Date: Sept. 15, 2022

*/s/ Jerry Yen*

Attorney for Defendant Bonta

(Approved Sept. 15, 2022 | L.R. 131(e))

Date: Sept. 15, 2022

*/s/ Martin Tomlinson*

Attorney for U.S. Defendants

(Approved Sept. 15, 2022 | L.R. 131(e))

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com