Donald E. J. Kilmer, Jr. [SBN: 179986]
Email: don@dklawoffice.com
Jessica L. Danielski [SBN: 308940]
Email: j.danielski@yahoo.com
LAW OFFICES OF DONALD KILMER, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Voice: (408) 264-8489

Jason Davis [SBN: 224250]
Email: jason@calgunlawyers.com
THE DAVIS LAW FIRM
42690 Rio Nedo, Suite F
Temecula, California 92590
Voice: (949) 436-4867

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Roe #1; John Doe #1; John Doe #2; John Doe #3; John Doe #4; John Doe #5; And Second Amendment Foundation, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America; U.S. Dept. of Justice; Federal Bureau Of Investigation; Bureau Of Alcohol, Tobacco, Firearms And Explosives; Merrick Garland (U.S. Attorney General), Christopher A. Wray (Director, FBI); Steven M. Dettelbach (Director, BATFE); Rob Bonta (California Attorney General), Does 1 To 100.<br><br>Defendants. | Case No.: 1:19-CV-270-DAD-BAM<br><br>Errata Memo Re:<br>PLAINTIFFS' SUPPLEMENTAL BRIEF Re: *Stokes v. U.S. Dept. Justice, et al.,* 551 F. Supp. 3d 993 (N.D. Cal. 2021).<br><br>Cross-Motions for Summary Judgment Pending<br><br>Motion to Amend Pending |

Donald Kilmer
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com

Errata: Plaintiffs' Supplemental Brief – *Stokes*   1   *Roe v. United States*

At the top page 5, at line 1, of ECF Doc. 114, filed by Plaintiffs on March 17, 2023, the current sentence reads:

[…]  All Plaintiffs, except Jane Roe 1, were subjected to an "adjudicated" mental health holds pursuant to California WIC § 5250 more than ten years ago.

That sentence should have read:

[…]  All Plaintiffs, except Jane Roe 1 and John Doe 2, were subjected to an "adjudicated" mental health hold pursuant to California WIC § 5250 more than ten years ago.

Respectfully Submitted on March 19, 2023

/s/ Donald Kilmer

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2023, I electronically filed the foregoing with the United States District Court for the Eastern District of California by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: March 19, 2023

/s/ Donald Kilmer

Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
14085 Silver Ridge Road.
Caldwell, ID 83607
Vc: 408/264-8489
don@dklawoffice.com