BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch, Civil Division

MARTIN M. TOMLINSON
Senior Trial Counsel (SC Bar No. 76014)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Washington, D.C. 20005
Telephone: (202) 353-4556
Email:  martin.m.tomlinson@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK B. GARLAND, in his official capacity as United States Attorney General; CHRISTOPHER A. WRAY, in his official capacity as Director, Federal Bureau of Investigation; MARVIN RICHARDSON, in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives; ROB BONTA, in his official Capacity as | CASE NO. 1:19-CV-270-DAD-BAM <br><br> **NOTICE OF ATTORNEY WITHDRAWAL** |

1

1
2

California Attorney General,

          Defendants.

3

       PLEASE NOTICE the withdrawal of the undersigned attorney, Martin M.

4

Tomlinson, as counsel for Defendants in this case.  He is leaving his position with

5

the United States Department of Justice, Civil Division, Federal Programs Branch,

6

effective March 25, 2023.  James Bickford will continue to serve as counsel of record

7

for Defendants.

8
9

Dated: March 22, 2023               Respectfully submitted,

10

                                     BRIAN M. BOYNTON

11

                                     Acting Assistant Attorney General

12

                                     Civil Division

13

                                     LESLEY FARBY

14

                                     Assistant Branch Director

15

                                     Federal Programs Branch, Civil Division

16

                              /s/ Martin M. Tomlinson

17

                                     MARTIN M. TOMLINSON

18

                                     Senior Trial Counsel (SC Bar No. 76014)

19

                                     Civil Division, Federal Programs Branch

20

                                     United States Department of Justice

21

                                     1100 L Street, N.W., Washington, D.C. 20005

22

                                     Telephone: (202) 353-4556

23

                                     Email:  martin.m.tomlinson@usdoj.gov

24

                                     *Counsel for Defendants*

25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.


Dated: March 22, 2023                    /s/ Martin M. Tomlinson