James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　and<br><br>ROBERT BONTA,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-00270-LHR-BAM<br><br>**UNOPPOSED MOTION FOR CONTINUANCE OF MOTION HEARING** |

1　　　　　The United States and the other federal defendants respectfully request a
2　continuance of the recently scheduled motion hearing until at least April 1, 2024.
3　Undersigned counsel has been on leave following the birth of a child since late last year,
4　and will not return to the office until March 25.  In his absence, another attorney has been
5　assigned to this case, which has been fully briefed on cross-motions for summary judgment
6　since 2021, but she is not available to present argument on March 20, when the Court has
7　scheduled a motion hearing.  In addition to a conflict with a deposition scheduled for that
8　date, the other attorney has filings due today and March 11, and will spend most of the
9　remaining time until March 20 traveling, preparing for, and defending depositions in
10　another case.  The United States and the other federal defendants therefore respectfully
11　request a brief continuance, until at least April 1, so that undersigned counsel may return

to work and present argument in this case.

Undersigned counsel has conferred with counsel for the other parties, who have represented that their clients do not oppose such a continuance, although plaintiffs would oppose any continuance beyond April 10. Counsel for all parties are available to attend a motion hearing on the following dates in April: 2, 3, 4, 9, 10, 16, 17, 18, 25, and 30.

Respectfully submitted this 8th day of March, 2024,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Director
Federal Programs Branch

 /s/ James Bickford
JAMES BICKFORD
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Federal Defendants*