James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> and <br><br> ROBERT BONTA, <br><br> Defendants. | Case No. 1:19-cv-00270-LHR-B**AM** <br><br> **ORDER** |

1  The Federal Defendants' motion for a continuance is hereby **GRANTED**. The Court
2  will hold a motion hearing in this case a**t  11:00 a.m.,** Central Standard Time, by
3  Zoom, on **April 2, 2024.** The Zoom information can be found on Judge Rosenthal's
4  home page, in the Interactive Calendar link on the bottom of the page.

**SO ORDERED** this 8th day of  March 2024.

_____
Lee H. Rosenthal
United States District Judge

1