IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE ROE #1, et al., | § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 1:19-CV-270-LHR-BAM |
| UNITED STATES OF AMERICA, et al., | § § | |
| Defendants. | § § § | |

## ORDER FOR SUPPLEMENTAL BRIEFING

In June 2024, the United States Supreme Court issued its opinion in *United States v. Rahimi*, No. 22-915. Because *Rahimi* may affect the Second Amendment analysis relevant to the pending cross-motions for summary judgment, (Docket Entry Nos. 63, 81, 82), the court orders supplemental briefing on the following schedule:

1. July 31, 2024   **THE PLAINTIFFS, THE FEDERAL DEFENDANTS, AND THE CALIFORNIA DEFENDANTS BRIEF THE IMPACT OF *RAHIMI* ON THE PLAINTIFFS' SECOND AMENDMENT CLAIMS (5 PAGES MAX.)**

2. August 14, 2024   **RESPONSE BRIEFS (5 PAGES MAX.)**

SIGNED on July 15, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge