IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #1, et al., | § § § |
| Plaintiffs, | § § |
| v. | §  CIVIL ACTION NO. 1:19-CV-270-LHR-BAM |
| UNITED STATES OF AMERICA, et al., | § § |
| Defendants. | § § § § |

**MODIFIED ORDER FOR SUPPLEMENTAL BRIEFING**

In June 2024, the United States Supreme Court issued its opinion in *United States v. Rahimi*, No. 22-915.  Because *Rahimi* may affect the Second Amendment analysis relevant to the pending cross-motions for summary judgment, (Docket Entry Nos. 63, 81, 82), the court orders supplemental briefing, not to exceed seven double-spaced pages per brief.  The briefing is ordered on the following schedule:

1. July 31, 2024 — **THE PLAINTIFFS, THE FEDERAL DEFENDANTS, AND THE CALIFORNIA DEFENDANTS BRIEF THE IMPACT OF *RAHIMI* ON THE PLAINTIFFS' SECOND AMENDMENT CLAIMS**

2. August 14, 2024 — **RESPONSE BRIEFS**

SIGNED on July 17, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge