James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JANE ROE #1, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

and

ROBERT BONTA,

Defendants.

Case No. 1:19-cv-00270-DAD-BAM

**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**

Plaintiffs are six individuals who were involuntarily committed for mental health treatment and are therefore prohibited from possessing firearms under 18 U.S.C. § 922(g)(4). They have four remaining claims against the Federal Defendants: two under the Second Amendment, Am. Compl. ¶¶ 45–50, ECF No. 36, and the others under the Fifth Amendment, *id.* ¶¶ 51–55, and 18 U.S.C. § 925, *id.* ¶¶ 60–62. Their Tenth Amendment claim has been dismissed. ECF No. 74. The parties filed cross-motions for summary judgment in 2021, and supplemental briefs in support of those motions in 2022, 2023, and 2024. Plaintiffs now move the Court to order briefing on the procedural posture of this case or, in the alternative, to order further supplemental briefing in support of the parties' cross-motions for summary judgment.

The Federal Defendants do not oppose an order for the parties to meet and confer and submit written positions regarding the procedural posture of this case, including the question of whether additional supplemental briefing would be appropriate. The Federal Defendants would suggest that this filing take the form of a joint status report. As Plaintiffs note, the U.S. Department of Justice is currently reviving the process established by Congress in 18 U.S.C. § 925(c), which allows individuals prohibited from firearm possession to apply to the Attorney General for relief from the disabilities imposed by section 18 U.S.C. § 922. *See* 90 Fed. Reg. 34,394 (July 22, 2025) (notice of proposed rulemaking). The availability of such administrative relief will almost certainly affect the ripeness of Plaintiffs' claims for resolution by this Court.

Respectfully submitted this 12th day of August, 2026,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW WARDEN
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Federal Defendants*